MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: myk@lnbrb.com, jyo@lnbrb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-10642-VZ |
| CENTRAL METAL, INC., a California corporation, | Chapter 11 |
| Debtor. | **DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** |
| | DATE: January 14, 2010 |
| | TIME: 11:00 a.m. |
| | PLACE: Courtroom 1368 |
| | 255 E. Temple Street |
| | Los Angeles, California |

I, Monica Y. Kim, hereby declare as follows:

1.    I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

1

2.    I am a member of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"), bankruptcy counsel to Central Metal, Inc., a California corporation, Chapter 11 debtor and debtor in possession herein (the "Debtor"). I am licensed to practice law in the State of California and before this Court.

3.    I am informed and advised by the Debtor that it. is a corporation incorporated in the State of California.

4.    On or about January 8, 2010, I obtained copies of financing statements recorded with the California Secretary of State's office for the Debtor (copies of which are attached hereto as Exhibit "A"). A summary of the financing statements recorded against the Debtor in California (the State in which the Debtor is incorporated) is also provided in the exhibits Briefly, the active filings are as follows.

(a)    Center Bank ("Center"). Center has three active financing statements. Two of these appear to be equipment lease or purchase money filings. One of these purports to cover substantially all of the Debtor's assets.

(b)    Banc of America Leasing & Capital, LLC ("Banc of America"). Banc of America has five active financing statements, all of which appear to be equipment lease filings.

(c)    The CIT Group/Equipment Financing, Inc. ("CIT"). CIT has one active financing statement, which appears to be an equipment lease filing.

(d)    KEB LA Financial Corp. ("KEB"). KEB has one active financing statement which purports to cover substantially all of the Debtor's assets.

(e)    Wilshire State Bank ("Wilshire"). Wilshire has four active financing statements. Three of these appear to be equipment lease or purchase money filings. One of these purports to cover substantially all of the Debtor's assets.

(f)    Citicapital Commercial Leasing Corporation ("Citicapital"). Citicapital has two active financing statements, which appear to be lease equipment filings.

(g)    People's Capital and Leasing Corp. ("People's"). People's has one active financing statement, which appears to be lease equipment filing.

5.    The foregoing is provided for information purposes only. Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBRB, or acknowledgement by the Debtor regarding the validity, priority and extent of any liens asserted by any of the Debtor's creditors against the Debtor or otherwise. The rights of the Debtor and all of its creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January 2010 at Los Angeles, California.


_____/s/ Monica Y. Kim_____ _____
MONICA Y. KIM

3

# EXHIBIT A

**Report Date: Jan 8, 2010**

ASK US ABOUT UCC eZFILE®
800.952.5696



## CLAS INFORMATION SERVICES
2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

### California Search Report

### Subject Search Name: CENTRAL METAL INC.

### Truncated search name: CENT*MET    Indexed through: Jan. 3, 2010

Based upon a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active UCC's, State Tax Liens, Federal Tax Liens or Judgment Liens of record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein.
**Certification can only be obtained through the office of the California Secretary of State.**

### File Number: 200204560826

**File #:** 200204560826                          **Status:** Active
**Filed:** 2/13/2002                              **Lapses:** 2/13/2012
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
              2203 ALAMEDA STREET
              LOS ANGELES  CA  90058
**Secured Party :** U.S. BANCORP EQUIPMENT FINANCE, INC.
              P.O. BOX 2177
              TUALATIN  OR  97062

**Type:** Continuation                            **Filed:** 10/9/2006 12:28:00 PM
**File #:** 200670876905

**Type:** Termination                             **Filed:** 12/20/2006 8:22:00 AM
**File #:** 200670960480

### File Number: 200310160833

**File #:** 200310160833                          **Status:** Active
**Filed:** 4/10/2003                              **Lapses:** 4/10/2013
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
              2203 SOUTH ALAMEDA STREET
              LOS ANGELES  CA  90058
**Secured Party :** CENTER BANK
              1205 SOUTH BROADWAY
              LOS ANGELES  CA  90015

**Type:** Continuation                            **Filed:** 11/26/2007 11:51:00 AM
**File #:** 200771379609

### File Number: 200415660753

**File #:** 200415660753                          **Status:** Active
**Filed:** 5/24/2004                              **LAPSED:** 5/24/2009

1/8/2010

**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058
**Secured Party:** WILSHIRE STATE BANK
3200 WILSHIRE., 7TH FLOOR NOTE DEPARTMENT
LOS ANGELES  CA  90010

**Type:** Termination                                 **Filed:** 1/20/2005 3:09:00 PM
**File #:** 200570128577

## File Number: 20047007268135

**File #:** 20047007268135                            **Status:** Active
**Filed:** 11/29/2004                                **LAPSED: 11/29/2009**
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 S. ALAMEDA ST.
LOS ANGELES  CA  90058
**Secured Party:** KEB LA FINANCIAL CORP.
777 S. FIGUEROA ST. SUITE 3000
LOS ANGELES  CA  90017

**Type:** Termination                                 **Filed:** 6/12/2006 5:00:00 PM
**File #:** 200670736122

## File Number: 20057027064859

**File #:** 20057027064859                            **Status:** Active
**Filed:** 5/17/2005                                 **Lapses:** 5/17/2010
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL INC
2203 SOUTH ALMEDA STREET
LOS ANGELES  CA  90058
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058
**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
P.O. BOX 7023
TROY  MI  48007-7023

**Type:** Amendment                                   **Filed:** 3/22/2007 5:00:00 PM
**File #:** 200771073456

## File Number: 20057032518475

**File #:** 20057032518475                            **Status:** Active
**Filed:** 6/29/2005                                 **Lapses:** 6/29/2010
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL INC
2203 SOUTH ALMEDA STREET
LOS ANGELES  CA  90058
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALMEDA STREET
LOS ANGELES  CA  90058
**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
P.O. BOX 7023
TROY  MI  48007-7023

**Type:** Amendment
**File #:** 200771073449

**Filed:** 3/22/2007 5:00:00 PM

**Type:** Amendment
**File #:** 200771106251

**Filed:** 4/17/2007 5:00:00 PM

## File Number: 20057046615327

**File #:** 20057046615327
**Filed:** 10/26/2005
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
144 SOUTH G STREET AND 164 SOUTH G STREET
SAN BERNARDINO CA 92410

**Status:** Active
**Lapses:** 10/26/2010

**Secured Party :** CIT SMALL BUSINESS LENDING CORPORATION
1 CIT DRIVE
LIVINGSTON NJ 07039

**Type:** Amendment
**File #:** 200570482014

**Filed:** 11/8/2005 3:38:00 PM

**Type:** Termination
**File #:** 200670804358

**Filed:** 8/3/2006 11:18:00 AM

## File Number: 20057049840057

**File #:** 20057049840057
**Filed:** 11/28/2005
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL INC
2203 SOUTH ALMEDA STREET
LOS ANGELES CA 90058

**Status:** Active
**Lapses:** 11/28/2010

**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALMEDA STREET
LOS ANGELES CA 90058

**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
P.O. BOX 7023
TROY MI 48007-7023

**Type:** Amendment
**File #:** 200771073443

**Filed:** 3/22/2007 5:00:00 PM

**Type:** Amendment
**File #:** 200771107728

**Filed:** 4/18/2007 5:00:00 PM

## File Number: 20057049872395

**File #:** 20057049872395
**Filed:** 11/28/2005
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL INC
2203 SOUTH ALMEDA STREET
LOS ANGELES CA 90058

**Status:** Active
**Lapses:** 11/28/2010

**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES CA 90058

**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
P.O. BOX 7023
TROY MI 48007-7023

**Type:** Amendment

**Filed:** 3/22/2007 5:00:00 PM

**File #:** 200771073436

## File Number: 20067071769689

**File #:** 20067071769689                     **Status:** Active
**Filed:** 5/26/2006                            **Lapses:** 5/26/2011
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
          2203 SOUTH ALAMEDA STREET
          LOS ANGELES  CA  90058

**Secured Party :** CENTER BANK
          1059 S. SAN PEDRO STREET
          LOS ANGELES  CA  90015

     **Type:** Amendment                        **Filed:** 8/18/2006 9:36:00 AM
     **File #:** 200670819992

## File Number: 20067072029891

**File #:** 20067072029891                     **Status:** Active
**Filed:** 5/30/2006                            **Lapses:** 5/30/2011
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
          2203 S ALAMEDA STREET
          LOS ANGELES  CA  90058

**Secured Party :** CENTER BANK
          1059 S SAN PEDRO STREET
          LOS ANGELES  CA  90015

## File Number: 20067081680490

**File #:** 20067081680490                     **Status:** Active
**Filed:** 8/16/2006                            **Lapses:** 8/16/2011
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
          2203 S. ALAMEDA STREET
          LOS ANGELES  CA  90058

**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
          P. O. BOX 7023
          TROY  MI  48007

**Secured Party :** THE CIT GROUP/EQUIPMENT FINANCING, INC.
          1540 W FOUNTAINHEAD PKWY
          TEMPE  AZ  85282

     **Type:** Assignment                       **Filed:** 8/23/2006 5:00:00 PM
     **File #:** 200670825874

## File Number: 20077132387563

**File #:** 20077132387563                     **Status:** Active
**Filed:** 10/11/2007                           **Lapses:** 10/11/2012
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
          2203 S. ALAMEDA ST.
          LOS ANGELES  CA  90058

**Secured Party :** KEB LA FINANCIAL CORP.
          777 S. FIGUEROA ST., #3000
          LOS ANGELES  CA  90017

## File Number: 20087159155425

**File #:** 20087159155425                                    **Status:** Active
**Filed:** 5/27/2008                                          **Lapses:** 5/27/2013
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 S ALAMEDA ST
LOS ANGELES  CA  90058

**Secured Party :** CITICAPITAL COMMERCIAL LEASING CORPORATION
3950 REGENT BLVD
IRVING  TX  75063

## File Number: 20087159210902

**File #:** 20087159210902                                    **Status:** Active
**Filed:** 5/27/2008                                          **Lapses:** 5/27/2013
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058

**Secured Party :** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES  CA  90010

## File Number: 20087167387017

**File #:** 20087167387017                                    **Status:** Active
**Filed:** 8/1/2008                                           **Lapses:** 8/1/2013
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 S ALAMEDA ST
LOS ANGELES  CA  90058

**Secured Party :** CITICAPITAL COMMERCIAL LEASING CORPORATION
2208 HIGHWAY 121
BEDFORD  TX  76021

## File Number: 20087172661432

**File #:** 20087172661432                                    **Status:** Active
**Filed:** 9/22/2008                                          **Lapses:** 9/22/2013
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 S ALMEDA STREET
LOS ANGELES  CA  90058

**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
2059 NORTHLAKE PARKWAY 4 SOUTH
TUCKER  GA  30084

## File Number: 20087172679936

**File #:** 20087172679936                                    **Status:** Active
**Filed:** 9/22/2008                                          **Lapses:** 9/22/2013
**Filing Type:** UCC Financing Statement
**Debtor:** BAKERSFIELD CENTRAL METAL, INC.
220 INDUSTRIAL ST
BAKERSFIELD  CA  93307
**Debtor:** CENTRAL METAL, INC.

2203 S ALAMEDA ST
LOS ANGELES  CA  90058

**Debtor:** SAN BERNARDINO CENTRAL, INC.
144 SOUTH G ST
SAN BERNARDINO  CA  92410

**Secured Party :** BANC OF AMERICA LEASING & CAPITAL, LLC
2059 NORTHLAKE PARKWAY 4 SOUTH
TUCKER  GA  30084

**Secured Party :** PEOPLE'S CAPITAL AND LEASING CORP.
255 BANK ST.
WATERBURY  CT  06702

**Type:** Amendment                                    **Filed:** 9/26/2008 6:35:00 AM
**File #:** 200871732564

**Type:** Assignment                                   **Filed:** 10/28/2008 4:52:00 PM
**File #:** 200871769208

## File Number: 20097183935631

**File #:** 20097183935631                             **Status:** Active
**Filed:** 1/8/2009                                    **Lapses:** 1/8/2014
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058

**Secured Party :** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES  CA  90010

## File Number: 20097183935873

**File #:** 20097183935873                             **Status:** Active
**Filed:** 1/8/2009                                    **Lapses:** 1/8/2014
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058

**Secured Party :** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES  CA  90010

## File Number: 20097183936026

**File #:** 20097183936026                             **Status:** Active
**Filed:** 1/8/2009                                    **Lapses:** 1/8/2014
**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC.
2203 SOUTH ALAMEDA STREET
LOS ANGELES  CA  90058

**Secured Party :** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES  CA  90010

## File Number: 20097186240219

**File #:** 20097186240219                             **Status:** Active
**Filed:** 1/30/2009                                   **Lapses:** 1/30/2014

**Filing Type:** UCC Financing Statement
**Debtor:** CENTRAL METAL, INC
            8201 SANTA FE AVENUE
            HUNTINGTON PARK  CA  90255
**Secured Party :** SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
                    21865 COPLEY DR
                    DIAMOND BAR  CA  91765

## End Of Report

**0204560826**



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
UCC Filing Desk - (503) 443-1822

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Pacific Corp & Title Services
914 "S" Street
Sacramento, CA 95814

97703cw

FILED
SACRAMENTO, CA
FEB 13, 2002 AT 1124
BILL JONES
SECRETARY OF STATE

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL METAL, INC. | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 S ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | CALIFORNIA | 01853419  □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | □ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC. | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2177, 7659 SW MOHAWK STREET | TUALATIN | OR | 97062 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

One (1) Used HRB10A Baler, S/N: 1915, manufactured by Harris Group;

TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.
Any receipt of proceeds of the Collateral by another secured party violates the rights of Secured Party

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. □ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
001-00181/85-001 CCAN 36009A

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Diligenz
(800)858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

DILIGENZ INC
6500 HARBOR HEIGHTS PKWY STE 400
MUKILTEO, WA 98275
USA

**DOCUMENT NUMBER:** 9931930002
**FILING NUMBER:** 06-70876905
**FILING DATE:** 10/09/2006 12:28
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
02-04569826

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT** is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| U.S. Bancorp Equipment Finance, Inc. | | | |

| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

**10. OPTIONAL FILER REFERENCE DATA**
001-0016185-001 [22247559]

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
| --- |
| Diligenz |
| (800)858-5294 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| DILIGENZ INC |
| 6500 HARBOR HEIGHTS PKWY STE 400 |
| MUKILTEO, WA 98275 |
| USA |

**DOCUMENT NUMBER:** 10818020002
**FILING NUMBER:** 06-70960480
**FILING DATE:** 12/20/2006 08:22
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
| --- | --- |
| 02-04560826 | |

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b. and also item 7c |
| --- | --- | --- |

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
| --- | --- | --- | --- | --- |
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description. or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | U.S. BANCORP EQUIPMENT FINANCE, INC. | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 10. OPTIONAL FILER REFERENCE DATA |
| --- |
| 001-00161785-001 CCAN 36009A [23542789] |

FILING OFFICE COPY

**0310160833**





## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
YH (213)251-2229

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)



CL@S
INFORMATION SERVICES
WWW.CLASINFO.COM
1425 RIVER PARK DRIVE SUITE 110
SACRAMENTO, CA
TEL: 916.564.7800 / 800.952.5696
FAX: 916.564.7900

account number 4974

**FILED**
SACRAMENTO, CA
APR 10, 2003 AT 1532
KEVIN SHELLEY
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTRAL METAL, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID #, if any ☒ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTER BANK | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1205 SOUTH BROADWAY | LOS ANGELES | CA | 90015 | |

4. This FINANCING STATEMENT covers the following collateral:
SEE ATTACHED EXHIBIT "A" FOR SPECIFIC UCC COLLATERAL DESCRIPTION; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangible and accounts proceeds).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
#434785

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Harland Financial Solutions
400 S.W. 6th Avenue, Portland, Oregon 97204

**Exhibit "A"**

**Five forklift trucks**

Year 2000 Model
1) Serial #65608
2) Serial #69226

Year 2001 Model
3) Serial #60814
4) Serial #60816
5) Serial #60807

Borrower: Central Metal, Inc.

Jong Uk Byun

Lender    Nicole Byun

0310160833

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 14957780002
**FILING NUMBER:** 07-71379609
**FILING DATE:** 11/26/2007 11:51
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
03-10160833

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | CENTER BANK | | | |
| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
CA - ███████ - CONT.

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 3651520002
**FILING NUMBER:** 05-7027064859
**FILING DATE:** 5/17/2005 8:45:06 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME CENTRAL METAL INC | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 2203 SOUTH ALMEDA STREET | CITY LOS ANGELES | STATE CA | POSTAL CODE 90058 | | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, if any C1853419 ☐ NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME BANC OF AMERICA LEASING & CAPITAL, LLC | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS P.O. BOX 7023 | CITY TROY | STATE MI | POSTAL CODE ▮▮▮▮ | | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Pursuant to contract 090-2169810-001: (216981011 REBUILT BSH SHEARS DSH 1123
8201 SANTA FE AVE HUNTINGTON PARK CA 90255

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**
[ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-A-3891688- 090-21

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**07-71073456**

**03/22/2007 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

12011590002    UCC 3 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)    11008 BANC OF AMERIC

UCC Direct Services    10668311
P.O. Box 29071
Glendale, CA ▮▮▮    CALI

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 057027064859  17-MAY-2005  SS  CA | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| CENTRAL METAL INC |  |  |  |
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|  |  |  |  |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| CENTRAL METAL, INC. |  |  |  |  |
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | CA | 90058 |  |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
|  |  | CORP | CA | C1853419  ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC |  |  |  |
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|  |  |  |  |

**10. OPTIONAL FILER REFERENCE DATA**
10668311  Debtor Name: CENTRAL METAL, INC.  090-2169810-001   090-2169810-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)  (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA ▮▮▮  Tel (800) 331-3282

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON. TX 77019
USA

DOCUMENT NUMBER: 4177360002
FILING NUMBER: 05-7032518475
FILING DATE: 6/29/2005 3:28:25 PM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME |
|---|---|
| OR | CENTRAL METAL INC |
| | 1b. INDIVIDUAL'S LAST NAME |

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C1853419 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME |
|---|---|
| OR | |
| | 2b. INDIVIDUAL'S LAST NAME |

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME |
|---|---|
| OR | BANC OF AMERICA LEASING & CAPITAL, LLC |
| | 3b. INDIVIDUAL'S LAST NAME |

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 7023 | TROY | MI | ▉▉▉ | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Pursuant to contract 090-2169810-000: (2169810)1 REBUILT BSH SHEARS BSH 1123
1839 8201 SANTA FE AVE HUNTINGTON PARK CA 90255

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [If applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**
[ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

CA-A-3910289-090-21

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**07-71073449**

**03/22/2007 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

12011500002    UCC 3 FILING

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
Phone (800) 331-3282    Fax (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)** 11008 BANC OF AMERIC

UCC Direct Services    **10668317**
P.O. Box 29071
Glendale, CA ▮▮▮▮    **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
057032518475  29-JUN-2005  SS  CA

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL METAL INC | | | |
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL METAL, INC. | | | |
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | CA | 90058 | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORP | CA | C1853419 | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | | | |
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
10668317 Debtor Name: CENTRAL METAL, INC.  090-2169810-000  090-2169810-000

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA ▮▮▮▮  Tel (800) 331-3282

**07-71106251**
**04/17/2007 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

12340190002  UCC 2 FILING

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)  11008 BANC OF AMERIC

UCC Direct Services    **10909467**
P.O. Box 29071
Glendale, CA ▮▮▮▮▮    **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
057032518475  29-JUN-2005  SS CA

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The following described equipment in which the Debtor now or hereafter has rights:  1 LOT 2003 HARRIS 1000TON SHEAR MODEL#HCT100018 SERIAL# 2815 INCLUDING DELIVERY AND MECHANICAL INSTALLATION together with (i) all present and future parts, attachments, or accessories thereto and replacements thereof, (ii) all accounts, chattel paper, and general intangibles arising from or related to any sale, lease, rental or other disposition of any such equipment to third parties, or otherwise resulting from the possession, use or operation of such equipment by third parties, including instruments, investment property, deposit accounts, letter of credit rights, and supporting obligations arising thereunder or in connection therewith; (iii) all insurance, warranty and other claims against third parties with respect to such equipment; (iv) all software and other intellectual property rights used in connection therewith; (v) proceeds of all of the foregoing, including insurance proceeds and any proceeds in the form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations; and (vi) all books and records regarding the foregoing, in each case, now existing or hereafter arising.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME |
|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
10909467 Debtor Name: CENTRAL METAL, INC. 090-2169810-000  090-2169810-000

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by: UCC Direct Services, P.O. Box 29071 / Glendale, CA ▮▮▮▮▮ Tel (800) 331-3282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

UNISEARCH INC-WA OFFICE
1780 BARNES BLVD SW
TUMWATER, WA 98512 USA
ACCT:10040590

**05-7046615327**

**10/26/2005 11:18**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

5602180002   UCC 1 FILING

LY

---

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | CENTRAL METAL, INC. |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 144 SOUTH G STREET AND 164 SOUTH G STREET | SAN BERNARDINO | CA | 92410 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corp. | CALIFORNIA | C1853419 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | CIT Small Business Lending Corporation |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1 CIT Drive | Livingston | NJ | 07039 | USA |

4. This FINANCING STATEMENT covers the following collateral:

CCAN: 47211. All of the following property whether now owned or hereafter acquired and wheresoever located as well as the proceeds and products thereof. All equipment and machinery, including power-driven machinery and equipment, and furniture, now owned or hereafter acquired, together with all replacements thereof, all attachments, accessories, parts, equipment and tools belonging thereto or for use in connection therewith. All inventory, raw materials, work in progress, and supplies now owned or hereinafter acquired.All accounts, deposit accounts, and health care insurance receivables now outstanding or hereafter arising. All chattel paper, instruments, and general intangibles now in force or hereafter acquired.

---

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

---

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UNISEARCH INC-WA OFFICE
1780 BARNES BLVD SW
TUMWATER, WA 98512 USA
ACCT:10040590

**05-70482014**

**11/08/2005  15:38**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

5776260002    UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|
| 05-7046615327 | 10/26/05 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

Filing number: 05-7046615327 is a purchase money security filing for property located at 144 Sough G. Street and 164 South G. Street, San Bernardino, Ca in reference to the recently acquired business assets.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME  CIT Small Business Lending Corporation | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY - UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌─────────────────────────────────────┐
│ 'UNISEARCH INC-WA OFFICE            │
│    XC                                │
│ '1780 BARNES BLVD SW                │
│ TUMWATER, WA 98512 USA              │
│ 'ACCT # 10040590                    │
└─────────────────────────────────────┘

**06-70804358**

**08/03/2006 11:18**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

9133980003    UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|
| 05-7046615327 | 10/26/05 | |

2. ☒ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7c-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL METAL, INC | | | |
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION | | | |
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
005-47211-101

FILING OFFICE COPY - UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 5952570002
FILING NUMBER: 05-7049840057
FILING DATE: 11/28/2005 05:59
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CENTRAL METAL INC | | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | C1853419 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 7023 | TROY | MI | ▮▮▮▮▮ | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Pursuant to contract 090-2201106-000: (216981011 HARRIS SHEAR 700 TON 2784 8201 SANTA FE AVE
HUNTINGTON PARK CA 90255

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]      [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-A-3973087- 090-22

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone (800) 331-3282    Fax (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)** 11008 BANC OF AMERIC

*UCC Direct Services    10668318
P.O. Box 29071
Glendale, CA ███████    CALI

**07-71073443**
**03/22/2007 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
$0$

12011470002 UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
057049840057 28-NOV-2005 SS CA

**1b.** This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** CENTRAL METAL INC | | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME** CENTRAL METAL, INC. | | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | CA | 90058 | |

| **7d. SEE INSTRUCTION** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** CORP | **7f. JURISDICTION OF ORGANIZATION** CA | **7g. ORGANIZATIONAL ID #, if any** C1853419 | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | | | | |
|---|---|---|---|---|
| **9a. ORGANIZATION'S NAME** BANC OF AMERICA LEASING & CAPITAL, LLC | | | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
10668318 Debtor Name: CENTRAL METAL, INC. 090-2201106-000  090-2201106-000

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA ██████ Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**07-71107728**
**04/18/2007 17:00**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)  11008 BANC OF AMERIC

UCC Direct Services
P.O. Box 29071
Glendale, CA ▮▮▮▮

10916954

CALI

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

12356390002    UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 057049840057  28-NOV-2005  SS CA | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**
| 6a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

7. **CHANGED (NEW) OR ADDED INFORMATION:**
| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any  ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The equipment described in Exhibit A, attached hereto and made a part hereof in which the Debtor now or hereafter has rights: together with (i) all present and future parts, attachments, or accessories thereto and replacements thereof, (ii) all accounts, chattel paper, and general intangibles arising from or related to any sale, lease, rental or other disposition of any such equipment to third parties, or otherwise resulting from the possession, use or operation of such equipment by third parties, including instruments, investment property, deposit accounts, letter of credit rights, and supporting obligations arising thereunder or in connection therewith; (iii) all insurance, warranty and other claims against third parties with respect to such equipment; (iv) all software and other intellectual property rights used in connection therewith; (v) proceeds of all of the foregoing, including insurance proceeds and any proceeds in the form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations; and (vi) all books and records regarding the foregoing, in each case, now existing or hereafter arising.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment. If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
10916954  Debtor Name: CENTRAL METAL, INC.  090-2201106-000  090-2201106-000

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by: UCC Direct Services, P.O. Box 29071
Glendale, CA ▮▮▮▮ (800) 331-3282

APR-17-2007  12:19      BANK OF AMERICA                    8007930740    P.22

Contract#  090-2801106-000                    24437209

**Exhibit A**

Debtor:  Central Metals, Inc.

Secured Party___BANC OF AMERICA LEASING & CAPITAL, LLC_____

| LOT | 1 | 1 | SSH 1123 Shear |
| LOT | 1 | 1 | installation/ 1month test |
| LOT | 1 | 1 | 1 year warranty service |
| FREIGHT | 1 | 1 | 10 trucks / 7 rail cars |

| Item | Ordered | Shipped | Description |
|------|---------|---------|-------------|
| 1 | 1 | 1 | Harris 700 Ton Shear serial #2784 |
| 2 | 1 | 1 | Mechanical install |
| 3 | 1 | 1 | 100 Ton crane rental |

1235635090002

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | DOCUMENT NUMBER: 5956490002<br>FILING NUMBER: 05-7049872395<br>FILING DATE: 11/28/2005 09:48<br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME CENTRAL METAL INC | | | | | |
|---|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | 1c. MAILING ADDRESS<br>2203 SOUTH ALMEDA STREET | CITY<br>LOS ANGELES | | STATE<br>CA | POSTAL CODE<br>90058 | COUNTRY<br>USA |
| | 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>Corporation | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>C1853419 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME BANC OF AMERICA LEASING & CAPITAL, LLC | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 3c. MAILING ADDRESS<br>P.O. BOX 7023 | CITY<br>TROY | STATE<br>MI | POSTAL CODE<br>▮▮▮▮▮ | COUNTRY<br>USA |

**4. This FINANCING STATEMENT covers the following collateral:**
Pursuant to contract 090-2200672-000: (2169810)1 HARRIS SHEAR HCT100018 2815 8201 SANTE FE AVE
HUNTINGTON PARK CA 90255

| 5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING |
|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)<br>[ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

| 8. OPTIONAL FILER REFERENCE DATA<br>CA-A-3973113- 090-22 |
|---|

FILING OFFICE COPY

**07-71073436**

**03/22/2007 17:00**

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

12011430002   UCC 3 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   11008 BANC OF AMERIC

```
UCC Direct Services          10668392
P.O. Box 29071
Glendale, CA                 CALI
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 057049872395  28-NOV-2005  SS CA | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

| 2. | ☐ TERMINATION: | Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|---|
| 3. | ☐ CONTINUATION: | Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |

| 4. | ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9. |
|---|---|

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |
|---|
| CENTRAL METAL INC |

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
|---|
| CENTRAL METAL, INC. |

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALMEDA STREET | LOS ANGELES | CA | 90058 | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORP | CA | C1853419 | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only **one** box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

10. OPTIONAL FILER REFERENCE DATA
10668392  Debtor Name: CENTRAL METAL, INC.  090-2200672-000  090-2200672-000

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by: UCC Direct Services, P.O. Box 29071
Glendale, CA   Tel (800) 331-3282

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | DOCUMENT NUMBER: 8207780002<br>FILING NUMBER: 06-7071769689<br>FILING DATE: 05/26/2006 13:51<br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | CENTRAL METAL, INC. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | C1853419 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Center Bank | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1059 S. SAN PEDRO STREET | Los Angeles | CA | 90015 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles): all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-21080108-750739

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME** CENTRAL METAL, INC. | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 8207780002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **11b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **12b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**16. Additional collateral description:**

relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 9309790002
**FILING NUMBER:** 06-70819992
**FILING DATE:** 08/18/2006 09:36
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
06-7071709689

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide aporopriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b. and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Partial Release of collateral consisting of One (1) Harris Model BSH 1000 Ton Shear, 26' Long Feed Hopper 4-100hp, S/N 2911, and as described on original financing statement as it relates to Schedule 2236354-001 by and between Banc of America Leasing & Capital, LLC and Central Metal, Inc.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Center Bank | | | |
| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-▮▮▮▮▮-Centra

FILING OFFICE COPY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-7072029891**

**05/30/2006 17:00**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282 Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**    14175 Center Bank

UCC Direct Services    8507254

P.O. Box 29071

Glendale, CA ▮▮▮    CALI

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

8235400002    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| CENTRAL METAL, INC. | | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | | COUNTRY |
|---|---|---|---|---|---|---|
| 2203 S ALAMEDA STREET | | LOS ANGELES | CA | 90058 | | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | CA | C1853419 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Center Bank | | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
|---|---|---|---|---|---|
| 1059 S SAN PEDRO STREET | Los Angeles | CA | 90015 | | |

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHED EXHIBIT "A"

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

8507254    750739/SS

Prepared by UCC Direct Services, P.O. Box 29071,
Glendale, CA ▮▮▮    Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

OrderNo: 8507254

## EXHIBIT "A"
### Equipment List

| | Type | Description | Serial Number | Purchased | Original Cost | Remaining Bal. |
|---|---|---|---|---|---|---|
| 1 | Equipment | Hydraulic shear | MSD 70R -70669 | 7/30/1993 | $ 19,918 | $ - |
| 2 | Equipment | Folklift, Mitsubishi | FD-506-AF2850018 | 11/11/1997 | $ 47,843 | $ - |
| 3 | Machinery | CAT, Excavator 370L | 4TE16038 | 6/30/1998 | $ 232,777 | $ - |
| 4 | Equipment | Daewoo, Folklift D60S | A130086 | 5/24/1999 | $ 39,700 | $ - |
| 5 | Equipment | Taylor, Folklift TE-360 | S-HB-20090 | 5/9/2000 | $ 97,274 | $ - |
| 6 | Equipment | Hyster, Folklift FK 25 | 20876 | 9/29/2000 | $ 82,500 | $ - |
| 7 | Equipment | Samsung Excavator 450SE | KAY0525 | 4/1/2001 | $ 287,182 | $ - |
| 8 | Equipment | Forklift, Toyota 42-6F | 69226 | 10/16/2001 | $ 19,000 | $ - |
| 9 | Equipment | Samsung, Excavator 450SE | KAY0501 | 1/30/2002 | $ 262,680 | $ - |
| 10 | Machinery | Samsung, Excavator 450 | KAY0489 | 5/13/2002 | $ 250,395 | $ - |
| 11 | Equipment | CAT, 224B | 7WF201 | 12/6/2002 | $ 93,260 | $ - |
| 12 | Equipment | Ledwig, CowBoy 3XL | VIN #1L9GAT3A6XLO33872 | 2/28/2003 | $ 27,783 | $ - |
| 13 | Equipment | LIS 1600 Baler | 1915 | 7/30/2003 | $ 586,706 | $ - |
| 14 | Machinery | Gradall L5200 | 052418 | 3/14/2003 | $ 192,874 | $ - |
| 15 | Machinery | LIS 700 Shear | 2784 | 8/1/2003 | $ 794,353 | $ 474,155 |
| 16 | Machinery | Gradall XL 4200 | 0423212 | 12/30/2003 | $ 65,000 | $ - |
| 17 | Machinery | Prentice 626 | ███████ | 1/16/2004 | $ 152,341 | $ - |
| 18 | Equipment | Prentice 626 | ███████ | 3/1/2004 | $ 180,894 | $ - |
| 19 | Equipment | BSH 1123 Baler Shear | 1839 | 6/30/2005 | $ 3,200,000 | $ 1,898,357 |
| 20 | Equipment | Excavator, Samsung 202 | GBY0292 | 3/21/2005 | $ 60,000 | $ - |
| 21 | Equipment | Fork Came, Samsung 202 | GBY0428 | 3/24/2005 | $ 65,000 | $ - |
| 22 | Equipment | Samsung Excavator 202 | GBY0387 | 4/1/2005 | $ 75,000 | $ - |
| 23 | Equipment | Henry Machine 202 | GBY0425 | 4/29/2005 | $ 70,000 | $ - |
| 24 | Equipment | Harris 1000 Ton Baler Shear | 2815 | 11/3/2005 | $ 1,800,000 | $ 1,500,000 |
| 25 | Equipment | 450 Samsung EXC | KAY0829 | 10/21/2005 | $ 161,000 | $ - |
| 26 | Equipment | 450 Samsung EXC | KAY0498 | 11/22/2005 | $ 109,595 | $ - |
| | | | | **Total:** | **$ 8,953,157** | **$ 3,872,512** |

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | DOCUMENT NUMBER: 9275480002<br>FILING NUMBER: 06-7081680490<br>FILING DATE: 08/16/2006 09:18<br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME<br>Central Metal, Inc. | | | | |
|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS<br>2303 S. Alameda Street | CITY<br>Los Angeles | | STATE<br>CA | POSTAL CODE<br>90058 | COUNTRY<br>USA |
|---|---|---|---|---|---|
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>Corporation | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>C1853419 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME<br>Banc of America Leasing & Capital, LLC | | | |
|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS<br>P. O. Box 7023 | CITY<br>Troy | STATE<br>MI | POSTAL CODE<br>48007 | COUNTRY<br>USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

Pursuant to Contract # 2236354-001One (1) Harris Model BSH 1000 Ton Shear, 26' Long Feed Hopper 4-100 hp motors, S/N 2911 and all additions, substitutions, attachments, replacements and accessions thereof, plus the proceeds of all the foregoing.

**5. ALT DESIGNATION:** ☑ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)<br>[ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA███████-Centra

FILING OFFICE COPY

20

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ginger Valenzuela  480-784-2305

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

⌐ The CIT Group/Equipment Financing, Inc.
P.O. Box 27248
Tempe, AZ ▓▓▓▓▓ ⌐

**06-70825874**

**08/23/2006 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

9388700002   UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 067081680490 8/16/2006 | ☐ |

| 2. | ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9. |

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable). |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Central Metal, Inc. | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| The CIT Group/Equipment Financing, Inc. | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1540 W Fountainhead Pkwy | Tempe | AZ | 85282 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION Corp | 7f. JURISDICTION OF ORGANIZATION CA SOS | 7g. ORGANIZATIONAL ID #, if any C1853419 | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Banc of America Leasing & Capital, LLC | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
90148610 CA-SOS R. Anderson 718

AUG 2 2 2006

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
CHOI ANDREW
213-683-0830

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
KEB LA FINANCIAL CORP.
777 S. FIGUEROA ST. #3000
LOS ANGELES, CA 90017
USA

DOCUMENT NUMBER: 14426470002
FILING NUMBER: 07-7132387563
FILING DATE: 10/11/2007 17:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** CENTRAL METAL, INC. | | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 2203 S. ALAMEDA ST. | LOS ANGELES | CA | 90058 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** CORPORATION | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** KEB LA FINANCIAL CORP. | | | | |
| | **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 777 S. FIGUEROA ST., #3000 | LOS ANGELES | CA | 90017 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, merchandise, and all other personal property owned by debtor, including but not limited to contract rights, accounts receivable, or other personal property now owned or hereafter acquired, wherever located, or in transit to or from any location, whether in possession of debtor, warehouseman, bailee, or any other person, including all products and proceeds from the sale or other disposition thereof.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 17093220002
FILING NUMBER: 08-7159155425
FILING DATE: 05/27/2008 10:57
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | CENTRAL METAL, INC. | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 S ALAMEDA ST | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | CA-C1853419 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, If any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | CITICAPITAL COMMERCIAL LEASING CORPORATION | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3950 REGENT BLVD | IRVING | TX | 75063 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ONE (1)SENNEBOGEN MODEL 850M SCRAP HANDLER S/N 850.0.253Complete with all present and future attachments, accessories, replacement
parts, repairs, additions and all proceeds thereof.

5. ALT DESIGNATION: ☑LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA

CA-0-30685340-7760 5

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 17098740002
FILING NUMBER: 08-7159210902
FILING DATE: 05/27/2008 14:32
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| OR | **1a. ORGANIZATION'S NAME** CENTRAL METAL, INC. |

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☑ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | |
|---|---|
| OR | **2a. ORGANIZATION'S NAME** |

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | |
|---|---|
| OR | **3a. ORGANIZATION'S NAME** Wilshire State Bank |

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments
(including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts,
investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software
and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts
constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings,
increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of
and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good
will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all
equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| **☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-30687213-142109

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME** | | |
| CENTRAL METAL, INC. | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME, SUFFIX |
| | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 17098740002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR **11b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| **11c. MAILING ADDRESS** | CITY | | STATE | POSTAL CODE | COUNTRY |
| **11d. SEE INSTRUCTIONS** ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** | | NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **12b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| **12c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate
(If Debtor does not have a record interest):

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 17896580002
FILING NUMBER: 08-7167387017
FILING DATE: 08/01/2008 12:17
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | | |
|OR|CENTRAL METAL, INC. | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 S ALAMEDA ST | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | CA-81853419 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | |
|OR| | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|OR|CITICAPITAL COMMERCIAL LEASING CORPORATION | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2208 HIGHWAY 121 | BEDFORD | TX | 76021 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1)HARRIS MODEL CM12 1200 TON SHEAR S/N 2995 ATTACHED WITH26FT LONG HOPPER 4 100HP MOTORSTogether with all present and future

attachments, accessories, exchanges, replacement parts, repairs and additions thereto and all chattel paper, documents, general intangibles, instruments, accounts and contract rights now existing or hereafter arising with respect to any thereof, and all cash and non-cash proceeds of any of the foregoing.

| 5. ALT DESIGNATION: ☑LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING |
|---|

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

| 8. OPTIONAL FILER REFERENCE DATA |
|---|
| CA-0-31399997-7760 5 |

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 18475320002
FILING NUMBER: 08-7172661432
FILING DATE: 09/22/2008 09:20
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME CENTRAL METAL, INC. | | | | | |
|---|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS 2203 S ALMEDA STREET | CITY LOS ANGELES | | STATE CA | POSTAL CODE 90058 | COUNTRY USA |
|---|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, If any C1853419 | ☐ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, If any | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME Banc of America Leasing & Capital, LLC | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS 2059 Northlake Parkway 4 South | CITY Tucker | STATE GA | POSTAL CODE 30084 | COUNTRY USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

The collateral is certain goods generally described as 2-Sennebogen Grappler Cranes Model 840M, and more particularly described or referred to as the Units, subject to Schedule No. 001, dated September 19, 2008, to Master Lease Agreement No. 18865-90000, dated September 19, 2008, in which the Debtor now or hereafter has rights, together with: (i) all parts, attachments accessories and accessions to, and all substitutions and replacements for, such goods; (ii) all accounts, chattel paper, and general intangibles arising from or related to any sale, lease, rental or other disposition of such goods to third parties, or otherwise resulting from the possession, use or operation of such goods by third parties, including instruments, investment property, deposit accounts, letter of credit rights, and supporting obligations arising thereunder or in connection therewith; (iii) all insurance, warranty and other claims against third parties with respect to such goods (including claims for rent upon any lease of such goods'); (iv) all software and all other intellectual property rights used in connection therewith; (v) proceeds of all of the foregoing, including proceeds in the

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-32113226-BB-PTT

FILING OFFICE COPY

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| | CENTRAL METAL, INC. |

**OR** | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 18476320002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | |

**OR** | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** □ NONE |
|---|---|---|---|---|

**12.** □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |

**OR** | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

**13. This FINANCING STATEMENT covers** □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations; and (vi) all books and records regarding the foregoing.

**15. Name and address of RECORD OWNER of above-described real estate**
**(if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18. Check only if applicable and check only one box.**
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction - effective 30 years
□ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 18478320002
FILING NUMBER: 08-7172679936
FILING DATE: 09/22/2008 10:43
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names | | | | |
|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME SAN BERNARDINO CENTRAL, INC. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 144 SOUTH G ST | CITY SAN BERNARDINO | STATE CA | POSTAL CODE 92410 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, if any C2803942    ☐ NONE |

| 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names | | | | |
|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME CENTRAL METAL, INC. | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 2203 S ALAMEDA ST | CITY LOS ANGELES | STATE CA | POSTAL CODE 90058 | COUNTRY USA |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION CA | 2g. ORGANIZATIONAL ID#, if any C1853419    ☐ NONE |

| 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) | | | | |
|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME Banc of America Leasing & Capital, LLC | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 2059 Northlake Parkway 4 South | CITY Tucker | STATE GA | POSTAL CODE 30084 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

The collateral is certain goods generally described as 2-Sennebogen Grappler Cranes Model 840M, and more particularly described or referred to as the Units subject to Schedule No. 001, dated September 19, 2008, to Master Lease Agreement No. 18865-90000, dated September 19, 2008, in which the Debtor now or hereafter has rights, together with: (i) all parts, attachments accessories and accessions to, and all substitutions and replacements for, such goods; (ii) all accounts, chattel paper, and general intangibles arising from or related to any sale, lease, rental or other disposition of such goods to third parties, or otherwise resulting from the possession, use or operation of such goods by third parties, including instruments, investment property, deposit accounts, letter of credit rights, and supporting obligations arising thereunder or in connection therewith; (iii) all insurance, warranty and other claims against third parties with respect to such goods (including claims for rent upon any lease of such goods); (iv) all software and other intellectual property rights used in connection therewith; (v) proceeds of all of the foregoing, including proceeds in the

| 5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING | |
|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

CA-0-32113736-BB-PTT

FILING OFFICE COPY

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| SAN BERNARDINO CENTRAL, INC. | |

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 18478320002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| BAKERSFIELD CENTRAL METAL, INC. | | | |

| OR | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 220 INDUSTRIAL ST | BAKERSFIELD | CA | 93307 | USA |

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** | |
|---|---|---|---|---|---|
| | | Corporation | CA | C2926014 | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | |
|---|---|
| **12a. ORGANIZATION'S NAME** | |
| | |

| OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations; and (vi) all books and records regarding the foregoing.

**15. Name and address of RECORD OWNER of above-described real estate**
**(if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 18540340002
**FILING NUMBER:** 08-71732564
**FILING DATE:** 09/26/2008 06:35
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 08-7172679936 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, If any    ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

The collateral is certain goods generally described as 2-Sennebogen Material Handler Grappler Cranes Model 840M, and more particularly described or referred to as the Units subject to Schedule No. 001, dated September 24, 2008, to Master Lease Agreement No. 18865-90000, dated September 24, 2008, in which the Debtor now or hereafter has rights, together with: (i) all parts, attachments accessories and accessions to, and all substitutions and replacements for, such goods; (ii) all accounts, chattel paper, and general intangibles arising from or related to any sale, lease, rental or other disposition of such goods to third parties, or otherwise resulting from the possession, use or operation of such goods by third parties, including instruments, investment property, deposit accounts, letter of credit rights, and supporting obligations arising thereunder or in connection therewith; (iii) all insurance, warranty and other claims against third parties with respect to such goods (including claims for rent upon any lease of such goods); (iv) all software and other intellectual property rights used in connection therewith; (v) proceeds of all of the foregoing, including proceeds in the

**9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Banc of America Leasing & Capital, LLC | | | |
| OR **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

CA-0-32373718-BB-PTT

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | | |
|---|---|---|---|
| 08-7172679936 | | | |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form) | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |
| Banc of America Leasing & Capital, LLC | | | |
| OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** | |

DOCUMENT NUMBER: 18540340002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**13. Use this space for additional information**

form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations; and (vi) all books and records regarding the foregoing.

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**0871769208**

**10/28/2008 16:52**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**    LVD

```
 ┌ C      ***PLEASE RETURN TO***
   S    CSC
        2730 Gateway Oaks Drive, Suite 100
   S    Sacramento, CA 95833
        Acct. #10011306

 └              773646-1
```

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

18928690002   UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 087172679936  Date:09/22/2008 B: P: | to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS. |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☒ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment effects ☐ Debtor or ☐ Secured Party of record  Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable). |
|---|---|---|

**6. CURRENT RECORD INFORMATION**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION.**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| People's Capital and Leasing Corp. | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 255 Bank St. | Waterbury | CT | 06702 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Debtor: San Bernardino Central Metal, Inc.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Banc of America Leasing & Capital, LLC | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| 2028-001 San Bernardino Central Metal, Inc et al  JK/MG  713646 ┐ |
| CA-Secretary Of State      R FW    LVD    $21 |

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 19674220002
FILING NUMBER: 09-7183935631
FILING DATE: 01/08/2009 13:00
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTRAL METAL, INC. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wilshire State Bank | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2009 PETERBILT 388 ENGINE #SDP13374 (Serial Number 1XPWDB9X59D789583): whether any of the foregoing is owned now or acquired later; all
accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-34558521-#14228

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 19674240002
FILING NUMBER: 09-7183935873
FILING DATE: 01/08/2009 13:02
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME |
|---|
| CENTRAL METAL, INC. |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME |
|---|
| |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME |
|---|
| Wilshire State Bank |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2009 PETERBILT 365 ENGINE #LEE12321 (Serial Number 1NPSLUOX89D789582); whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-34558477-#14228

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 19674260002
FILING NUMBER: 09-7183936026
FILING DATE: 01/08/2009 13:02
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTRAL METAL, INC. | | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2203 SOUTH ALAMEDA STREET | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wilshire State Bank | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2009 PETERBILT 365 ENGINE #LEE12346 (Serial Number 1NPSLUOX69D789581); whether any of the foregoing is owned now or acquired later;
all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-34558372-#14228

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
KIMBERLY M BRADLEY
909-396-2964

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 COPLEY DRIVE
Diamond Bar, CA 91765-4178
USA

DOCUMENT NUMBER: 19919010005
FILING NUMBER: 09-7186240219
FILING DATE: 01/30/2009 11:49
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CENTRAL METAL, INC | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8201 SANTA FE AVENUE | HUNTINGTON PARK | CA | 90255 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | C1853419    ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 21865 COPLEY DR | DIAMOND BAR | CA | 91765 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
ONE (1) 2009 PETERBILT 388 VIN: 1XPWDB9X59D789583 INCLUDING ALL ACCESSORIES THERETO AND ALL SPARE PARTS AND SPECIAL TOOLS FOR SUCH MACHINERY AND EQUIPMENT

ONE (1) 2009 PETERBILT 365 VIN: 1NPSLU0X89D789582 INCLUDING ALL ACCESSORIES THERETO AND ALL SPARE PARTS AND SPECIAL TOOLS FOR SUCH MACHINERY AND EQUIPMENT

ONE (1) 2009 PETERBILT 365 VIN: 1NPSLU0X69D789581 INCLUDING ALL ACCESSORIES THERETO AND ALL SPARE PARTS AND SPECIAL TOOLS FOR SUCH MACHINERY AND EQUIPMENT

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
09011

FILING OFFICE COPY

| In re:<br>CENTRAL METAL, INC. | Debtor. | Chapter 11<br>2:10-bk-10642-VZ |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Monica Y Kim    myk@lnbrb.com
- Dare Law    dare.law@usdoj.gov
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **January 12, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*By overnight mail:*
*Secured creditors*
*20 largest creditors*
*(See attached)*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 12, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

*By attorney service:*
*The Honorable Vincent P. Zurzolo*
*255 East Temple Street*
*Los Angeles, CA 90012*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2010 | Marguerite Hardin | *Marguerite Hardin* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
20 Largest

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Sun Construction
26071 Hinckley Street
Loma Linda, CA 92354

Bay City Trading
4051 Via Oro
Long Beach, CA 90810

Zimex Logitech, Inc.
5400 Orange Avenue, Suite 108
Cypress, CA 90630

US Bank
P.O. Box 790408
Saint Louis, MO 63179

American Express
P.O. Box 981535
El Paso, TX 79998

Bank of America
P.O. Box 851001
Dallas, TX 75285

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
Secured

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street. 26th Floor
Los Angeles, CA 90017

American Honda Finance Corp.
P.O. Box 6070
Cypress, CA 90630-6070

Bank of America
c/o Frandzel, Robbins, Bloom, et al
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048-4920

Center Bank
3435 Wilshire Blvd., Suite 700
Attn:  Lisa K. Pai
Los Angeles, CA 90010

Center Capital Corporation
P.O. Box 330
Hartford, CT 06141

Chase
P.O. Box 78067
Phoenix, AZ 85062-8067

GE
300 E. John Carpenter Fwy, 4th Fl.
Attn: Rena Harris
Irving, TX 75062

H. West Equipment, Inc.
645 N. Main Street
Orange, CA 92868-1103

Lexus Financial Services
P.O. Box 2991
Mail Drop L201
Torrance, CA 90509

People's Capital and Leasing Corp.
255 Bank Street
Attn: Jeffrey A. Kennedy
Waterbury, CT 06702-2219

The CIT Group/Equipment Financing
305 Fellowship Road, Suite 300
Attn:  Paul Plunkett
Mount Laurel, NJ 08054

Wilshire State Bank
3822 Wilshire Blvd.
Los Angeles, CA 90010

Counsel for Center Bank
Steven G. Polard, Esq.
Perkins Coie LLP
1888 Century Park East, Ste 1700
Los Angeles, CA 90067-1721