MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: myk@lnbrb.com, jyo@lnbrb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CENTRAL METAL, INC., a California corporation,<br><br>Debtor. | Case No. 2:10-bk-10642-VZ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS**<br><br>DATE:  January 14, 2010<br>TIME:  11:00 a.m.<br>PLACE: Courtroom 1368<br>         255 E. Temple Street<br>         Los Angeles, California |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), TWENTY LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on January 11, 2010 at 11:00 a.m., the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge for the Central District of California, will

1

consider the following emergency "first day" motions (collectively, the "Motions") filed by Central Metal, Inc., a California corporation (the "Debtor"), debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case:

1) DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING;

2) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 (the "Utility Motion"); and

3) DEBTOR'S EMERGENCY MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND (2) SUBMIT CREDITOR MATRIX.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(a)(5), on January 12, 2010, copies of the Motions, together with all papers filed in support thereof, were served, via overnight mail (for receipt on the morning of January 13, 2009), upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's twenty largest unsecured creditors, parties affected by the respective Motions, and other parties in interest. The Utility Motion was also served via overnight mail upon each of the utility companies with which the Debtor maintained a prepetition account. This Notice of the hearings on the Motions was also served on January 12, 2010, via electronic mail and/or overnight mail (for receipt by the morning of January 13, 2010), upon the foregoing parties.

Any party wishing to obtain additional copies of the Motions should contact proposed counsel for the Debtors at the address set forth in the upper left-hand corner of this Notice.

///

///

///

1 **PLEASE TAKE FURTHER NOTICE** that any party wishing to object or be heard with

2 respect to any of the foregoing Motions must appear at the hearing.

3 Dated: January 12, 2010                    CENTRAL METAL, INC., a California corporation

By: /s/ Monica Y. Kim
MONICA Y. KIM
JULIET Y. OH
LEVENE, NEALE, BENDER,
    RANKIN & BRILL L.L.P.
Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

3

| In re:<br>CENTRAL METAL, INC. | Debtor. | Chapter 11<br>2:10-bk-10642-VZ |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Monica Y Kim    myk@lnbrb.com
- Dare Law    dare.law@usdoj.gov
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 12, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*By overnight mail:*
*Utility companies*
*Secured creditors*
*20 largest creditors*
*(See attached)*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 12, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

*By attorney service:*
*The Honorable Vincent P. Zurzolo*
*255 East Temple Street*
*Los Angeles, CA 90012*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2010 | Marguerite Hardin | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
20 Largest

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Sun Construction
26071 Hinckley Street
Loma Linda, CA 92354

Bay City Trading
4051 Via Oro
Long Beach, CA 90810

Zimex Logitech, Inc.
5400 Orange Avenue, Suite 108
Cypress, CA 90630

US Bank
P.O. Box 790408
Saint Louis, MO 63179

American Express
P.O. Box 981535
El Paso, TX 79998

Bank of America
P.O. Box 851001
Dallas, TX 75285

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
Secured

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

American Honda Finance Corp.
P.O. Box 6070
Cypress, CA 90630-6070

Bank of America
c/o Frandzel, Robbins, Bloom, et al
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048-4920

Center Bank
3435 Wilshire Blvd., Suite 700
Attn: Lisa K. Pai
Los Angeles, CA 90010

Center Capital Corporation
P.O. Box 330
Hartford, CT 06141

Chase
P.O. Box 78067
Phoenix, AZ 85062-8067

GE
300 E. John Carpenter Fwy, 4th Fl.
Attn: Rena Harris
Irving, TX 75062

H. West Equipment, Inc.
645 N. Main Street
Orange, CA 92868-1103

Lexus Financial Services
P.O. Box 2991
Mail Drop L201
Torrance, CA 90509

People's Capital and Leasing Corp.
255 Bank Street
Attn: Jeffrey A. Kennedy
Waterbury, CT 06702-2219

The CIT Group/Equipment Financing
305 Fellowship Road, Suite 300
Attn: Paul Plunkett
Mount Laurel, NJ 08054

Wilshire State Bank
3822 Wilshire Blvd.
Los Angeles, CA 90010

Counsel for Center Bank
Steven G. Polard, Esq.
Perkins Coie LLP
1888 Century Park East, Ste 1700
Los Angeles, CA 90067-1721

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ

**Utilities**

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Attn: Dare Law, Esq.
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

AT&T
Bankruptcy Dept
PO Box 769
Arlington, TX 76004

Burtec
2340 W. Main Street
Barstow, CA 92311

Consolidated Disposal
12949 Telegraph Rd
Santa Fe Springs, CA 90670

L.A. DWP – Bankruptcy Unit
PO Box 51111
Los Angeles, CA 90051

City of San Bernardino
Municipal Water Dept
300 N. 'D' Street
San Bernardino, CA 92418

California Water Svcs
3725 S. "H" Street
Bakersfield, CA 93304

Golden State Water Company
7105 D Eastern Ave
Bell Garden, CA 90201

Pacific Gas & Electric Co.
1918 H Street
Bakersfield, CA 93301

Sprint Cellular Service
6391 Sprint Parkway
Overland Park, KS 66251-4300

Southern California Edison
PO Box 300
Rosemead, CA 91772

TelePacific
515 S. Flower Street
Los Angeles, CA 90071

Verizon California
Bankruptcy Dept.
Attn: Deanna
404 Brock Drive
Bloomington, IL 61701

Verizon California
PO Box 9688
Mission Hills, CA 91346