MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 2114140
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mail: myk@lnbrb.com; jyo@lnbrb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:10-bk-10642-VZ |
| CENTRAL METAL, INC., a California corporation, | Chapter 11 |
| Debtor | **DECLARATION OF TELEPHONIC NOTICE RE HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS** |
| | **Hearing:** |
| | Date: January 14, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

I declare that I am over the age of 18 and not a party to this action. I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. My business address is 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067.

I make this Declaration regarding telephonic notice of the hearing on the Debtor's Emergency "First Day" Motions (the "First-Day Motions").

1  I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

On January 12, 2010, I gave telephonic notice of the hearing on the First-Day Motions as follows:

**Office of the U.S. Trustee** (213) 894-4925.  10:50 a.m.  I left a message on the voicemail of Dare Law, Esq. and spoke with her subsequently thereafter.

**20 largest unsecured creditors:**

1. Sun Construction (951) 377-6949.  12:00 p.m.  voicemail "full".
2. Bay City Trading (310) 897-1788.  12:03 p.m.  I spoke with David.
3. Zimex Logitech, Inc. (714) 821-8200.  12:28 p.m.  I spoke with Connie.
4. U.S. Bank.  (800) 438-5000.  2:11 p.m.  Spoke with Cheryl.
5. American Express. (800) 528-2122.  3:25 p.m.  Could not get through the system without a password
6. Bank of America (323) 852-1000.  12:35 p.m.  I spoke with Andy Alper, Esq. of Frandzel, Robbins, et al.

**Secured Creditors**

1. American Honda Finance.
2. Bank of America (323) 852-1000.  12:35 p.m.  I spoke with Andy Alper, Esq. of Frandzel, Robbins, et al.
3. Center Bank (310) 788-9900.  3:00 p.m.  I left a message on the voicemail of Steven Polard, Esq. of Perkins Coie.
4. Center Capital Corporation (800) 800-0601.  3:15 p.m.  Office closed; no voicemail.
5. Chase. (800) 227-5151.  3:06 p.m.  I couldn't get through the voicemail.

2

6. GE (888) 223-9860. 3:09 p.m. Office closed; no voicemail.

7. H. West Equipment (714) 289-7733. 3:07 p.m. I spoke with Kim (the owner).

8. Lexus Financial Services. (800) 874-7050. 3:16 p.m. Spoke with Mary.

9. People's Capital and Leasing Corp. 3:44 p.m. Spoke with Richard Solomon, Esq. of Solomon, Grindle, et al.

10. CIT Group/Equipment Financing. (877) 853-4270. Office closed. 3:18 p.m.

11. Wilshire State Bank. (213) 749-5111. 3:20 p.m. Left message on voicemail.

**Utility Companies**

1. AT&T. (800) 404-4474. 10:49 a.m. Spoke with Melinda.

2. Burtec ((760) 256-2730. 11:34 a.m. Spoke with Claudia.

3. Consolidated Disposal (562) 347-4000. 11:30 a.m. Spoke with Carlos.

4. L.A. DWP (213) 367-9793. 11:00 a.m. Spoke with June.

5. City of San Bernardino, Municipal Water Dept. (909) 384-5095. 3:35 p.m. Spoke with Rob.

6. California Water Services. (661) 837-7200. 3:46 p.m. Couldn't get through (on hold for 20+ minutes).

7. Golden State Water Company (866) 360-2279. 3:50 p.m. Spoke with Ms. Marylebone.

8. Pacific Gas & Electric Co. (800) 743-5000 3:51 p.m. "all service representatives busy" for 15+ minutes.

9. Sprint Cellular Service (877) 639-8351. 11:56 a.m. Spoke with Tanya.

10. Southern California Edison (909) 394-8827. 11:28 a.m. left a message on the voicemail of Richard Aguilar, bankruptcy dept.

11. TelePacific (877) 487-8722. 11:20 a.m. Spoke with Priscilla.

1 |     12.    Verizon California (800) 345-2816. 11:15 a.m. Spoke with Marsha.

2 | I declare under penalty of perjury pursuant to the laws of the United States of America

3 | that the foregoing is true and correct.

4 | Executed this 13th day of January 2010 at Los Angeles, California.

*[signature: Marguerite Hardin]*

Marguerite Hardin

4

| In re:<br>CENTRAL METAL, INC. | Debtor. | Chapter 11<br>2:10-bk-10642-VZ |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as DECLARATION OF TELEPHONIC NOTICE RE HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Monica Y Kim   myk@lnbrb.com
- Dare Law   dare.law@usdoj.gov
- Juliet Y Oh   jyo@lnbrb.com, jyo@lnbrb.com
- Richard A Solomon   richard@sgsslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ------------------- I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By attorney service:
The Honorable Vincent P. Zurzolo
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Marguerite Hardin | *Marguerite Hardin* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-3.1