1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL STURTEVANT SBN 089395
   ASSISTANT UNITED STATES TRUSTEE
3  DARE LAW, SBN 155714
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017
   Telephone: (213) 894-4925; Facsimile: (213) 894-2603
6  Dare.Law@usdoj.gov

7

8                      UNITED STATES BANKRUPTCY COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
                           LOS ANGELES DIVISION
10

11

12  In re:                              )   Chapter 11
                                        )
13    CENTRAL METAL, INC.,              )   Case No. 2:10-bk-10642-VZ
                                        )
14                                      )   **NOTICE OF APPOINTMENT AND**
                                        )   **APPOINTMENT OF COMMITTEE OF**
15                                      )   **CREDITORS HOLDING UNSECURED**
                         Debtor.        )   **CLAIMS**
16                                      )
                                        )   (No Hearing Required)
17  _____    )

18        Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following
19  four (4) Creditors to serve on the Committee of Creditors holding unsecured claims:
20                          SEE EXHIBIT A ATTACHED
21
22  Dated: 1/21/2010

23                                      PETER C. ANDERSON
                                        United States Trustee
24

25                                      By
26                                          Jill Sturtevant
                                            Assistant United States Trustee
27

28

# Exhibit "A"

# Exhibit "A"

EXHIBIT A

1  In re: CENTRAL METAL, INC.; 2:10-bk-10642-VZ

2  Noriyo Kida
   13166 Alta Vista Way
3  Sylmar, CA 91342
   Telephone: (818) 364-5135
4  E-mail: nevenee@hotmail.com

5  Sun Construction
   26071 Hinckley Street
6  Loma Linda, CA 92354
   Attn: Youngt Choi, Owner
7  Telephone: (951) 377-6949
   Facsimile: (951) 940-5773
8  E-mail: young2000@hotmail.com

9  Bay City Trading
   2885 W. 232rd Street
10 Torrance, CA 90505
   Attn: David Lee, President
11 Telephone: (310) 897-1788
   Facsimile: (310) 388-0662
12 E-mail: david@baycitytradingusa.com

13 H. West Equipment, Inc.
   2 Strathmore
14 Ladera Ranch, CA 92694
   Attn: Kim Jaker, President
15 Telephone: (714) 585-6300
   Facsimile: (714) 289-1776
16 E-mail: kimjaker@aol.com

17 ///

18

19

20

21

22

23

24

25

26

27

28                              2

| In re: Central Metal, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10642-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California  90017

A true and correct copy of the foregoing document described __NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS_____ _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 22, 2010_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __January 22, 2010_____ _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____January 22, 2010____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.  **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1360 for the Honorable Vincent P. Zurzolo.**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 22, 2010 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

3

| In re: Central Metal, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10642-VZ |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
**Andrew K Alper** - aalper@frandzel.com
**Jason E Goldstein** -jgoldstein@buchalter.com
**Steven G Polard** - spolard@perkinscoie.com
**Dennis A Dressler** - ddressler@dresslerpeters.com
**Monica Y Kim** - myk@lnbrb.com
**Juliet Y Oh** - jyo@lnbrb.com
**Scott H Yun** - syun@stutman.com
**Richard A Solomon** - richard@sgsslaw.com
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov
**Dare Law** - dare.law@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**DEBTOR**
**Central Metal, Inc.**
8201 Santa Fe Avenue
Huntington Park, CA 90255

**DEBTOR'S COUNSEL**
**Monica Y Kim**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

**COMMITTEE OF CREDITORS**
Noriyo Kida
13166 Alta Vista Way
Sylmar, CA 91342

Sun Construction
26071 Hinckley Street
Loma Linda, CA 92354
Attn: Youngt Choi, Owner

Bay City Trading
2885 W. 232rd Street
Torrance, CA 90505
Attn: David Lee, President

H. West Equipment, Inc.
2 Strathmore
Ladera Ranch, CA 92694
Attn: Kim Jaker, President

---