1  Steven G. F. Polard, Bar No. 90319
   SPolard@perkinscoie.com
2  Jeffrey S. Goodfried, Bar No. 253804
   JGoodfried@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA 90067
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6

7  Attorneys for Secured Creditor
   Center Bank, a California state chartered bank

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | In re                              | CASE NO.: 2:10-BK-10642 VZ
13 | CENTRAL METAL, INC., a California  | Chapter: 11
   | corporation
14 |                                    | **OBJECTION TO APPLICATION BY THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION AS COUNSEL**
   |              Debtor.
15
16
17
18 |                                    | [No Hearing]
19 |                                    | Before the Hon. Vincent Zurzolo
20
21
22
23
24
25
26
27
28

Secured Creditor Center Bank objects to the retention of the Stutman Treister & Glatt firm at the proposed rates set forth at Exhibit "2" of its Application as the billing rate schedule is unreasonably high. This is not the usual case where the well respected Stutman firm would be an excellent addition to the mix of attorneys. This is a modest case where it is not yet clear whether the secured creditors are fully secured. No carveout will be agreed to by Center Bank until it has a better understanding of the value of its collateral as well as the other secured creditors' position. The last thing this case needs is billing rates of $595 for partners, and $325-$510 for the more junior lawyers on this case. There are plenty of alternative law firms for this middle market case that have much more reasonable billing rates and have lawyers with equal or more experience expertise. If Stutman agrees to a more reasonable fee schedule then this objection would be withdrawn.

A hearing is requested if the Court deems appropriate.

DATED: February 4, 2010

PERKINS COIE LLP

By: /s/ Steven G. Polard
Steven G. Polard
Attorneys for Creditor Center Bank, a California state chartered bank

| | |
|---|---|
| In re:<br>Central Metal, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-10642 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite 1700
Los Angeles, CA 90067

A true and correct copy of the foregoing document described <u>OBJECTION TO APPLICATION BY THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION AS COUNSEL</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 5, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Monica Y. Kim        myk@lnbrb.com¶
Juliet Y. Oh         jyo@lnbrb.com¶
Dare Law             dare.law@usdoj.gov
United States Trustee  ustpregion16.la.ecf@usdoj.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On <u>February 5, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

43696-0003/LEGAL17653807.1

OBJECTION TO APPLICATION OF THE
OFFICIAL COMMITTEE OF CREDITORS TO
EMPLOY STUTMAN, TREISTER & GLATT

| In re:<br>Central Metal, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:10-bk-10642 VZ |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February ___, 2010        Caroline Mallahi        *Caroline Mallahi* (signature)
*Date*                              *Type Name*                    *Signature*

43696-0003/LEGAL17653807.1                    -2-                    OBJECTION TO APPLICATION OF THE
                                                                     OFFICIAL COMMITTEE OF CREDITORS TO
                                                                     EMPLOY STUTMAN, TREISTER & GLATT

## *ATTACHED SERVICE LIST*

**Debtor**
Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

**Debtor's Counsel:**
Juliet Y. Oh
Monica Y. Kim
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**U.S. Trustee:**
Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Attorney for U.S. Trustee:**
Dare Law
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

The Honorable Vincent Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA  90012 (by Overnight Mail)

43696-0003/LEGAL17653807.1      -3-      OBJECTION TO APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS TO EMPLOY STUTMAN, TREISTER & GLATT