SCOTT H. YUN (State Bar No. 185190)
syun@stutman.com
CHRISTINE M. PAJAK (State Bar No. 217173)
cpajak@stutman.com
REBECCA S. REVICH (Stare Bar No. 264273)
rrevich@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:  (310) 228-5600
Facsimile:  (310) 228-5788

[Proposed] Counsel for the Official
Committee of Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CENTRAL METAL, INC.,<br><br>              Debtor. | Case No. 2:10-bk-10642-VZ<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON APPLICATION BY THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION AS COUNSEL**<br><br>Hearing<br><br>Date:  March 16, 2010<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>         255 E. Temple Street<br>        Los Angeles, CA 90012 |

537128v.1

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the hearing on the "Application By The Official Committee of Creditors Holding Unsecured Claims To Employ Stutman, Treister & Glatt Professional Corporation as Counsel" [Docket No. 51] (the "Application"), which was initially noticed for a hearing on March 2, 2010 at 11:00 a.m., has been rescheduled for a hearing on <u>March 16, 2010 at 11:00 a.m.</u>  The hearing will take place in Courtroom 1368 located at 255 E. Temple Street, Los Angeles, CA 90012, the United States Bankruptcy Court for the Central District of California, the Honorable Vincent P. Zurzolo presiding,

The Application and a separate notice of the Application [Docket No. 52] were filed with the Court and served on January 29, 2010.  On February 5, 2010, Center Bank filed an objection to the Application and requested a hearing [Docket No. 54].

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is available by written request to Kendra A. Johnson, Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067, or by e-mail at kjohnson@stutman.com.

DATED: February 23, 2010

*/s/ Scott H. Yun*
SCOTT H. YUN, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
[Proposed] Counsel for the Official Committee of
Creditors Holding Unsecured Claims

537128v.1

2

| In re: Central Metal, Inc., | Ch. 11 |
|---|---|
| Debtor(s). | Case No. 2:10-bk-10642-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Stutman, Treister & Glatt, P.C., 1901 Avenue Of The Stars, 12th Floor, Los Angeles, CA 90067**.

The foregoing document described as **AMENDED NOTICE OF HEARING ON APPLICATION BY THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION AS COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 23, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

　　See following page.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 23, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

　　See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/23/2010 | Claudia Lee | /s/ Claudia Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

537010v2

| In re: Central Metal, Inc., | Ch. 11 |
|---|---|
| Debtor(s). | Case No. 2:10-bk-10642-VZ |

# I. SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Andrew K Alper on behalf of Creditor BANK OF AMERICA, N.A.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Mike C Buckley on behalf of Creditor Colonial Pacific Leasing Corporation
mbuckley@reedsmith.com

John H Choi on behalf of Interested Party Courtesy NEF
johnchoi@kpcylaw.com

Dennis A Dressler on behalf of Creditor Center Capital Corporation
ddressler@dresslerpeters.com

Marshall F Goldberg on behalf of Creditor Center Capital Corporation
mgoldberg@glassgoldberg.com

Jason E Goldstein on behalf of Creditor CIT Group/Equipment Financing, Inc. c/o Buchalter Nemer
jgoldstein@buchalter.com, bkgroup@buchalter.com

Joon M Khang on behalf of Interested Party Jong Byun
joon@khanglaw.com

Monica Y Kim on behalf of Debtor Central Metal, Inc.
myk@lnbrb.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Juliet Y Oh on behalf of Debtor Central Metal, Inc.
jyo@lnbrb.com, jyo@lnbrb.com

Steven G Polard on behalf of Creditor Center Bank, a California state chartered bank
spolard@perkinscoie.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Richard A Solomon on behalf of Creditor People's Capital & Leasing Corp.
richard@sgsslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Scott H Yun on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
syun@stutman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

537010v2

| In re: Central Metal, Inc., | Ch. 11 |
|---|---|
| Debtor(s). | Case No. 2:10-bk-10642-VZ |

## II. SERVICE BY U.S. MAIL

Debtor
Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

Debtor's Counsel
Levene Neale Bender Rankin & Brill LLP
Attn: Monica Y. Kim / Julliette Oh
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Dare Law, Esq.
Ernst & Young Plaza
725 S. Figueroa St., 25th Fl.
Los Angeles, CA 90017

Committee
Sun Construction
Attn.: Young Choi
26071 Hinckley Street
Loma Linda, CA 92354

Committee
Bay City Trading
Attn.: David Lee
2390 Crenshaw Blvd., Suite 319
Torrance, CA 90501

Zimex Logitech, Inc.
5400 Orange Ave., Suite 108
Cypress, CA 90630

Bank of America
c/o Frandzel, Robbins, Bloom, etc.
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048-4920

Center Bank
Attn.: Lisa K. Pai
3435 Wilshire Blvd, Suite 700
Los Angeles, CA 90010

Counsel for Center Bank
Perkins Coie LLP
Attn: Steven G. Polard, Esq.
1888 Century Park E, Suite 1700
Los Angeles, CA 90067-1721

Committee
H. West Equipment, Inc.
Attn.: Kim Jaker
645 N. Main Street
Orange, CA 92868-1103

The CIT Group/Equipment Financing
Attn.: Paul Plunkett
305 Fellowship Road, Suite 300
Mount Laurel, NJ 08054

Wilshire State Bank
Jennifer Kang, AVP & Loan Officer
3832 Wilshire Blvd.
Los Angeles, CA 90010

Counsel for Peoples Capital & Leasing
Solomon, Grindle, etc.
Attn.: Richard A. Solomon, Esq.
12651 High Bluff Drive, Suite 300
San Diego, CA 92130

Counsel for Banc of America Leasing
Andre K. Alper, Esq.
Banc of America Leasing & Capital
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048

Committee
Noriyo Kida
13166 Alta Vista Way
Sylmar, CA 91342

## II. SERVICE BY OVERNIGHT COURIER SERVICE (FedEx)

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple St., Courtroom 1360
Los Angeles, CA 90012