1  MONICA Y. KIM (SBN 180139)
   JULIET Y. OH (SBN 211414)
2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: myk@lnbrb.com, jyo@lnbrb.com

6  Proposed Attorneys for Chapter 11 Debtor
   and Debtor in Possession
7

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         LOS ANGELES DIVISION
11

12 | In re                              ) Case No. 2:10-bk-10642-VZ
                                        )
13 | CENTRAL METAL, INC., a California  ) Chapter 11
   | corporation,                       )
14 |                                    ) **NOTICE OF BAR DATE FOR**
   |                                    ) **FILING PROOFS OF CLAIMS AND**
15 |               Debtor.              ) **INTERESTS**
   |                                    )
16 |                                    )
   |                                    )
17 |                                    ) BAR DATE: <u>May 7, 2010</u>
   |                                    )
18 |                                    )
                                        )
19

20  **TO ALL CREDITORS, EQUITY AND INTEREST HOLDERS, AND OTHER
    PARTIES IN INTEREST:**
21
                         **NOTICE OF CLAIMS BAR DATE**
22

23      The Bankruptcy Court has set a deadline of May 7, 2010 for creditors and holders of
    ownership interests in Central Metal, Inc., a California corporation, the debtor and debtor in
24  possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), to file proofs of
    claim against, or proofs of interest in, the Debtor's estate.
25
        The exceptions to this deadline for filing proofs of claims or interest are: (1) claims
26  arising from rejection of executory contracts or unexpired leases, (2) claims of governmental
    units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the
27  Bankruptcy Code.

28

                                            1

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) May 7, 2010, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed: (a) before 180 days after the date of the order for relief in this case, or (b) May 7, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) May 7, 2010, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of the Debtor and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, *etc.*) is correct. 11 U.S.C. § 1111(a).

If your claim or interest is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

**Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Dated: February 26, 2010        CENTRAL METAL, INC.

By: /s/ Juliet Oh
MONICA Y. KIM
JULIET Y. OH
LEVENE, NEALE, BENDER,
    RANKIN & BRILL L.L.P.
Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ

Attached is a blank Proof of Claim form for the above-captioned case (with instructions). Please be advised that all Proofs of Claim and Proofs of Interest must be filed with the United States Bankruptcy Court, Central District of California, Los Angeles Division by mailing them to the following address:

United States Bankruptcy Court
255 East Temple Street
Los Angeles, California 90012

B10 (Official Form 10) (12/08) - Page 1

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: CENTRAL METAL, INC. | Case Number: 2:10-bk-10642-VZ |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: | Court Claim Number: _____ *(If known)* <br><br> Filed on: _____ |
| Telephone number: | |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |
| Telephone number: | |

1. **Amount of Claim as of Date Case Filed:** $_____

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See Instruction 7 and definition of "redacted" on reverse side.*)

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

   Amount entitled to priority:

   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Page 2

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of heath care goods or services limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).** If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

| In re:<br>CENTRAL METAL, INC. | Debtor. | Chapter 11<br>2:10-bk-10642-VZ |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIMS AND INTERESTS**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 26, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Mike C Buckley    mbuckley@reedsmith.com
- John H Choi    johnchoi@kpcylaw.com
- Dennis A Dressler    ddressler@dresslerpeters.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Jason E Goldstein    jgoldstein@buchalter.com, bkgroup@buchalter.com
- Joon M Khang    joon@khanglaw.com
- Monica Y Kim    myk@lnbrb.com
- Dare Law    dare.law@usdoj.gov
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Steven G Polard    spolard@perkinscoie.com
- Ramesh Singh    claims@recoverycorp.com
- Richard A Solomon    richard@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Scott H Yun    syun@stutman.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 26, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*By U.S. mail:*
*All creditors and interested parties*
*(See attached)*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 26, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:<br>CENTRAL METAL, INC.                         Debtor. | Chapter 11<br>2:10-bk-10642-VZ |
|---|---|

*By attorney service:*
*The Honorable Vincent P. Zurzolo*
*255 East Temple Street*
*Los Angeles, CA 90012*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 26, 2010 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
File No. 4516

**RSN**

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Attn: Dare Law, Esq.
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Counsel for Banc of America Leasing**
Andre K. Alper Esq
Banc of America Leasing & Capital
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048

**Counsel for Center Bank**
Steven G.F. Polard, Esq.
Perkins Coie LLP
1888 Century Park East, Ste 1700
Los Angeles, CA 90067

**Counsel for Center Capital Corp**
Dennis A. Dressler Esq
Dressler & Peters LLC
111 W. Washington St., #1900
Chicago, IL 60602

**Member of Creditors' Committee**
Noriyo Kida
13166 Alta Vista Way
Sylmar, CA 91342

**Member of Creditors' Committee**
Sun Construction
Attn: Youngt Choi, Owner
26071 Hinckley Street
Loma Linda, CA 92354

**Member of Creditors' Committee**
Bay City Trading
Attn: David Lee, President
2885 W. 232nd St
Torrance, CA 90505

**Member of Creditors' Committee**
H. West Equipment, Inc.
Attn: Kim Jaker, President
2 Strathmore
Ladera Ranch, CA 92694

CT Moffit & Company
137 So. Bedford Drive
Beverly Hills, CA 90212

**(Proposed) counsel for Committee**
Scott Yun, Esq.
Christin Pajak, Esq./Rebecca Revich Esq
Stutman Treister & Glatt
1901 Ave Of The Stars 12th Floor
Los Angeles, CA 90067-6013

**Counsel for Peoples Capital & Leasing**
Richard A. Solomon, Esq.
Solomon, Grindle, et al.
12651 High Bluff Drive, #300
San Diego, CA 92130

**Counsel for Southern Counties Oil Co**
Robert W. Bollar, Esq.
Southern Counties Oil Co.
1800 W. Katella Ave., Ste. 400
PO Box 4159
Orange, CA 92863-4159

| | | |
|---|---|---|
| Central Metal, Inc.<br>8201 Santa Fe Avenue<br>Huntington Park, CA 90255 | **CENTRAL METAL, INC.**<br>**MML**<br>**UPDATED 2/24/2010**<br>**(THROUGH CLAIM NO. 2)** | U.S. Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 |
| Airgas West<br>35312 Merle Haggard Drive<br>Bakersfield, CA 93308 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | American Honda Finance Corp.<br>P.O. Box 6070<br>Cypress, CA 90630-6070 |
| Atty General, Us. Dept. of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | ATX Axle Transmission Xchange<br>8660 South Atlantic Avenue<br>South Gate, CA 90280 | Aviles, Gilberto<br>9002 Tarryton Avenue<br>Whittier, CA 90605 |
| Banc of America Leasing & Capital<br>c/o Frandzel Robins Bloom & Csato<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-4920 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Bank of America<br>Attn: Notice Desk, CA9-702-05-71<br>101 S. Marengo Avenue, 5th Floor<br>Pasadena, CA 91101-2428 |
| Bank of America<br>c/o CT Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017 | Bay City Trading<br>2390 Crenshaw Blvd.<br>Ste 319<br>Torrance, CA 90501 | Brown, Edward C.<br>1085 Lewis Avenue, N<br>Long Beach, CA 90813 |
| Byun, Jeffrey<br>30 Covered Wagon Lane<br>Palos Verdes Peninsula, CA 90274 | Byun, Jong Uk<br>2203 S. Alameda Street<br>Los Angeles, CA 90058 | Byun, Jong Uk and Bok Soon<br>2203 S. Alameda Street<br>Los Angeles, CA 90058 |
| Cal Disposal<br>26009 6th Street<br>San Bernardino, CA 92410 | California State Brd of Equalizatio<br>Account Reference Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279 | California Water Service Company<br>3725 South H Street<br>Bakersfield, CA 93304 |
| California Water Service Company<br>2632 West 237th Street<br>Torrance, CA 90505 | Calixto, Yesenia<br>958 1/2 W 60th Street<br>Los Angeles, CA 90044 | Castro, Louis<br>220 Industrial Street<br>Bakersfield, CA 93307 |
| Cemex Construction Material<br>P.O. Box 100497<br>Pasadena, CA 91189 | Cemex Construction Material<br>c/o CT Systems Corporation<br>818 West 7th Street<br>Los Angeles, CA 90017 | Center Bank<br>c/o Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067 |

~~Center Capital Corporation~~
~~c/o Glass & Goldberg~~
~~21700 Oxnard Street, Suite 430~~
~~Woodland Hills, CA 91367-3665~~
Change per claim filed; see below

Central Metal, LLC
c/o Jong Uk Byun
2203 S. Alameda Street
Los Angeles, CA 90058

Chase
P.O. Box 78067
Phoenix, AZ 85062-8067

Choi, Andrea
26071 Hinckley Street
Loma Linda, CA 92354

Cintas
7735 S. Paramount Blvd.
Pico Rivera, CA 90660

CIT Group/Equipment Financing, Inc.
305 Fellowship Road, Suite 300
Attn: Paul Plunkett
Mount Laurel, NJ 08054

City of Los Angeles
Municipal Services
P.O. Box 30808
Los Angeles, CA 90030

City of San Bernardino
Municipal Water District
300 North D Street
San Bernardino, CA 92418

Colonial Pacific Leasing Corp.
c/o Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Commerce Hose & Industrial Products
4575 E. Washington Blvd.
Los Angeles, CA 90040

Consolidated Disposal Services
12949 Telegraph Road
Santa Fe Springs, CA 90670

Cortez, Leopoldo
1631 E. 42nd Street
Los Angeles, CA 90011

Cortez, Manuel M.
349 W. 45th Street
Los Angeles, CA 90037

Cortez, Ramon
1629 Lisle Street
Bakersfield, CA 93308

County of Kern Treasurer and
Tax Collector
1115 Truxton Avenue, 2nd Floor
Bakersfield, CA 93301

De Haro Truck Parts
8955 S. Atlantic Avenue
South Gate, CA 90280

Dunbar Armored Inc.
50 Schilling Road
Hunt Valley, MD 21031

El Monte CMI, LLC
c/o Jong Uk Byun
2203 S. Alameda Street
Los Angeles, CA 90058

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812

Frias, Manuel
1235 Wall Avenue
San Bernardino, CA 92404

Garcia, Antionio Arellano
6725 Betty Street
Bakersfield, CA 93307

Garcia, Jorge
746 E. 137th Street
Los Angeles, CA 90059

Garcia, Juan C.
542 25th Street
San Bernardino, CA 92405

Garcia, Santos
746 E. 137th Street
Los Angeles, CA 90059

General Agents Acceptance Corp.
P.O. Box 1177
El Toro, CA 92609

General Agents Acceptance Corp.
c/o Michael Friedson
23441 South Pointe Drive, #220
Laguna Hills, CA 92653

General Electric Capital Corp.
c/o Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Gonzalez, Samuel A.
8971 Gention Avenue
Hesperia, CA 92344

Guerrero, Francisco
5664 1/2 Muller Street
Bell, CA 90201

Gutierrez, Veronica L.
3616 Percy Street
Los Angeles, CA 90023

H. West Equipment, Inc.
645 N. Main Street
Orange, CA 92868-1103

Harcla, Jose Alfred
5872 S. Makee Avenue
Los Angeles, CA 90001

Hernadez, Aurelio
739 E Home Street
Rialto, CA 92376

Hernanadez, Nicolas
428 W. 74th Street
Los Angeles, CA 90003

Hernandez, Angel
1115 Date Street
Montebello, CA 90640

Hernandez, David S.
4520 California Avenue
Noreo, CA 92860

Hernandez, Leonardo A.
428 W. 74th Street
Los Angeles, CA 90003

Herrera, Jorge
7300 Marbrisa Avenue
Huntington Park, CA 90255

Honda Financial Services
P.O. Box 60001
City of Industry, CA 91716

Honda Financial Services
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

Huerta, Felipe
1422 N. Marine Avenue
Wilmington, CA 90744

Internal Revenue Serviee
P.O. Box 21126
Philadelphia, PA 19114

InterState Mutual
Insurance Brokerage
12235 Beach Boulevard, Suite 21
Stanton, CA 90680

Jin, Alexander
Kida, Noriyo
13166 Alta Vista Way
Sylmar, CA 91342

KEB LA Financial Corp.
777 S. Figueroa Street, #3000
Los Angeles, CA 90017

Kim, John Hak Bae
716 S. Harvard Blvd., Apt. #314
Los Angeles, CA 90005

Lara, Adan
38098 Summerset
Hinkley, CA 92347

Lazarit, Mavel C.
1631 E. 42nd Street
Los Angeles, CA 90011

Lemus, Esteban
4401 Star Jasmine Court
Bakersfield, CA 93304

Lexus Financial Services
P.O. Box 2991
Mail Drop L201
Torrance, CA 90509

Los Angeles County Treasurer and
Tax Collector
P.O. Box 54110
Los Angeles, CA 90054

Los Angeles Freightliner LLC
P.O. Box 60816
Los Angeles, CA 90060

Los Angeles Freightliner LLC
c/o William S. Scully, Jr.
2429 S. Peck Road
Whittier, CA 90601

Medina, Danny I.
609 Grace
Bakersfield, CA 93305

Mendoza, Eleuterio
3400 Sylmar Avenue
Bakersfield, CA 93306

Mesa, Severo
6340 1/2 Middleton Street
Huntington Park, CA 90255

Modesto, Juan
13356 E. Safari Drvie
Whittier, CA 90605

Monarch Bearing Company
11765 E. Slauson Avenue
Santa Fe Springs, CA 90670

Morales, Roman
24399 Old Highway 58
Bakersfield, CA 93307

Mosqueda, Liliana
2244 Serrano Road
San Bernardino, CA 92405

Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899

Padron, Jesus
5631 Green Pasture Road
Riverside, CA 92509

Paradigm Financial Advisors
1688 Perris Boulevard
Suite G-1
Perris, CA 92571

People's Capital and Leasing Corp.
255 Bank Street
Attn: Paul Plunkett
Waterbury, CT 06702

Phoenix CMI, LLC
c/o Jong Uk Byun
2203 S. Alameda Street
Los Angeles, CA 90058

Poma Distributing Company
P.O. Box 479
Bloomington, CA 92316

Poma Distributing Company
c/o CT Corporation System
818 7th Street
Los Angeles, CA 90017

Ramirez, Antonio
2602 E. Florence Avenue
Huntington Park, CA 90255

Ramirez, Juan J.
4511 Bresee Avenue
Baldwin Park, CA 91706

Ramirez, Ricardo
5568 Osburn Road
San Bernardino, CA 92404

Riverside CMI, LLC
c/o Jong Uk Byun
2203 S. Alameda Street
Los Angeles, CA 90058

Riverside Public Utilities
3460 Orange Street
Riverside, CA 92510

Road Machinery
716 South 7th Street
Phoenix, AZ 85034

Rodriguez, David
177 W 11th Street
San Bernardino, CA 92410

Rodriguez, Juan J.
12134 McKinley Avenue
Los Angeles, CA 90059

Rodriguez, Lucia M.
177 W. 11th Street
San Bernardino, CA 92410

Sal's Propane
638 E. Gage Avenue
Los Angeles, CA 90001

Sam's Club
P.O. Box 530981
Atlanta, GA 30353

San Bernardino County Treasurer and
Tax Collector
172 West Third Street, First Floor
San Bernardino, CA 92415

San Diego CMI, LLC
c/o Jong Uk Byun
2203 S. Alameda Street
Los Angeles, CA 90058

Sanchez, Salvador
12028 Cornish Avenue
Lynwood, CA 90262

SC Fuels
P.O. Box 7003
Lancaster, CA 93539

SC Fuels-Cardlock Fuels
P.O. Box 7003
Lancaster, CA 93539

~~Southern California Edison~~
~~P.O. Box 600~~
~~Rosemead, CA 91771~~
**Address change per claim filed; see below**

Southern California Edison
P.O. Box 300
Rosemead, CA 91772

Southern Counties Lubricants
1825 W. Collins Avenue
Orange, CA 92867

Sprint
P.O. Box 4181
Carol Stream, IL 60197

SRS Logistics Inc.
200 West Artesia Boulevard
Compton, CA 90220

State Fund
P.O. Box 997432
Sacramento, CA 95899

State of Cal. Employment Dev. Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Sun Construction
26071 Hinckley Street
Loma Linda, CA 92354

TelePacific Communications
515 South Flower Street
47th Floor
Los Angeles, CA 90071

The Gas Company
P.O. Box C
Monterey Park, CA 91756

Torres, Phillip
2203 South Alameda Street
Los Angeles, CA 90058

United State's Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United Welding Supply
2100 South San Pedro Street
Los Angeles, CA 90011

US Bank
P.O. Box 790408
Saint Louis, MO 63179

Valencia, Ruben C.
1152 E 76th Street
Los Angeles, CA 90001

Vargas, Victor M.
2344 Penn Mar Avenuue
El Monte, CA 91732

Vasquez, Claudia
3400 Filmore Avenue
Bakersfield, CA 93306

Vasquez, Jorge
1278 W Congress Street
San Bernardino, CA 92410

Verizon California
P.O. Box 9688
Mission Hills, CA 91346

Verizon California
c/o CT Corporation System
818 7th Street
Los Angeles, CA 90017

Wholesale Fuels Inc.
P.O. Box 82277
Bakersfield, CA 93350

Wholesale Fuels Inc.
c/o Charles McCan
3101 State Road
Bakersfield, CA 93308

Wilshire State Bank
3200 Wilshire Blvd.
Los Angeles, CA 90010

Zimex Logitech, Inc.
5400 Orange Avenue, Suite 108
Cypress, CA 90630

Center Capital Corporation
c/o Dennis A. Dressler
Dressler & Peters LLC
111 W. Washington, Ste. 1900
Chicago, IL 60602

Southern Califronia Edison
Attn: Credit/Payment Services
300 N. Lone Hill Ave
San Dimas, CA 91773

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
File No. 4516

**LEASES AND CONTRACTS**

Banc of America Leasing & Capital
c/o Frandzel, Robins et al.
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048-4920

Jong Uk Byun
2203 S. Alameda St.
Los Angeles, CA 90058

Center Capital Corporation
c/o Glass & Goldberg
21700 Oxnard St., Ste. 430
Woodland Hills, CA 91367

Central Metal LLC
c/o Jong Uk Byun
2230 S. Alameda St.
Los Angeles, CA 90058

CIT Group/Equipment Financing Inc
Attn: Paul Plunkett
305 Fellowship Rd., Ste. 300
Mount Laurel, NJ 08054

Colonial Pacific Leasing Corp.
c/o Reed Smith LLP
355 S. Grand Ave., Ste. 2900
Los Angeles, CA 90071

El Monte CMI LLC
c/o Jong Uk Byun
2203 S. Alameda St.
Los Angeles, CA 90058

General Electric Capital Corp.
c/o Reed Smith LLP
355 S. Grand Ave., Ste. 2900
Los Angeles, CA 90071

Paradigm Financial Advisors
1688 Perris Blvd., Ste. G-1
Perris, CA 92571

Peoples Capital & Leasing Corp
255 Bank St.
Waterbury, CT 06702

Phoenix CMI LLC
c/o Jong Uk Byun
2203 S. Alameda St.
Los Angeles, CA 90058

Riverside CMI LLC
c/o Jong Uk Byun
2203 S. Alameda St.
Los Angeles, CA 90058

San Diego CMI LLC
c/o Jong Uk Byun
2203 S. Alameda St.
Los Angeles, CA 90058

In re Central Metal, Inc.
Case No. 2:10-bk-10642-VZ
**Secured**

Central Metal, Inc.
8201 Santa Fe Avenue
Huntington Park, CA 90255

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

---

American Honda Finance Corp.
P.O. Box 6070
Cypress, CA 90630-6070

~~Bank of America~~
~~c/o Frandzel, Robbins, Bloom, et al~~
~~6500 Wilshire Blvd., 17th Floor~~
~~Los Angeles, CA 90048-4920~~
**Represented by counsel; See RSN list**

~~Center Bank~~
~~3435 Wilshire Blvd., Suite 700~~
~~Attn: Lisa K. Pai~~
~~Los Angeles, CA 90010~~
**Represented by counsel; See RSN list**

~~Center Capital Corporation~~
~~P.O. Box 330~~
~~Hartford, CT 06141~~
**Represented by counsel; See RSN list**

Chase
P.O. Box 78067
Phoenix, AZ 85062-8067

GE
300 E. John Carpenter Fwy, 4th Fl
Attn: Rena Harris
Irving, TX 75062

~~H. West Equipment, Inc.~~
~~645 N. Main Street~~
~~Orange, CA 92868-1103~~
**Member of Creditors' Committee
See RSN list**

Lexus Financial Services
P.O. Box 2991
Mail Drop L201
Torrance, CA 90509

~~People's Capital and Leasing Corp.~~
~~255 Bank Street~~
~~Attn: Jeffrey A. Kennedy~~
~~Waterbury, CT 06702-2219~~
**Represented by counsel; see below**

The CIT Group/Equipment Financing
305 Fellowship Road, Suite 300
Attn: Paul Plunkett
Mount Laurel, NJ 08054

Wilshire State Bank
Jennifer Kang, AVP & Loan Officer
3832 Wilshire Blvd.
Los Angeles, CA 90010

Counsel for Center Bank
Steven G. Polard, Esq.
Perkins Coie LLP
1888 Century Park East, Ste 1700
Los Angeles, CA 90067-1721
**See RSN list**

**Counsel for Peoples Capital & Leasing**
Richard A. Solomon, Esq.
Solomon, Grindle, et al.
12651 High Bluff Drive, #300
San Diego, CA 92130
**See RSN list**

KEB LA Financial Corp.
777 S. Figueroa St., #3000
Los Angeles, CA 90017