1  MONICA Y. KIM (SBN 180139)
   JULIET Y. OH (SBN 211414)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: myk@lnbyb.com, jyo@lnbyb.com

6  Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**NOV 03 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CENTRAL METAL, INC., a California corporation,<br><br>Debtor. | Case No. 2:10-bk-10642-VZ<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**<br><br>Confirmation Hearing<br>DATE: October 28, 2010<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, California |

A hearing was held on October 28, 2010 at 1:30 p.m. before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge for the Central District of California, in his Courtroom 1368, Edward Roybal Federal Building and Courthouse, located at 255 East Temple Street, Los Angeles, California, for the Bankruptcy Court to consider the motion (the "Motion") filed by Central Metal, Inc., debtor and debtor in possession herein (the "Debtor"), for confirmation of

1

the Debtor's First Amended Plan of Reorganization (the "Plan"), a copy of which is attached hereto as Exhibit "A." Appearances were made as set forth on the record of the Bankruptcy Court.

The Plan having been served upon all of the Debtor's creditors and interest holder, the Office of the United States Trustee, and all other parties in interest required to be served, and timely and proper notice of the hearing on confirmation of the Plan having been given, and the Court having read and considered the Plan, the voting on the Plan, the Debtor's Motion for confirmation of the Plan, together with the accompanying Memorandum of Points and Authorities and all of the evidence submitted by the Debtor in support of confirmation of the Plan including the Declarations of Jong Uk Byun and Charles T. Moffitt filed in support of confirmation of the Plan, the analysis of ballots for accepting or rejecting Debtor's Plan, together with the Declaration of Angela Antonio filed in support of such analysis, and the arguments and representations of counsel at the hearing on confirmation, and there having been no preliminary objections to confirmation of the Plan and there having been one objection to the Motion filed by the United States of America on behalf of its agency the Internal Revenue Service which has been resolved as reflected in the reply to such objection filed by the Debtor, the Court's findings as stated at the hearing on the Motion, and good cause appearing therefor,

**THIS COURT HEREBY FURTHER FINDS AS FOLLOWS:**

1. The Debtor has satisfied each and every requirement of Sections 1129(a) and 1129(b) of the Bankruptcy Code necessary for this Court to confirm the Plan.

2. The Plan complies with the provisions of Section 1129(a)(1) through Section 1129(a)(16) of the Bankruptcy Code, and to the extent the Plan does not comply with Section 1129(a)(8) of the Bankruptcy Code with respect to Classes 3, 4, 8 and 13, the Plan complies with

the provisions of Section 1129(b)(1) and Section 1129(b)(2)(A) of the Bankruptcy Code with respect to these Classes 3, 4, 8 and 13.

3. The Plan shall therefore be confirmed pursuant to the provisions of Section 1129(a) and Section 1129(b) of the Bankruptcy Code as the Debtor has satisfied each and every provision of Sections 1129(a) and 1129(b) of the Bankruptcy Code.

4. All notices required to be given or provided in connection with the Plan were given in accordance with the Bankruptcy Code and the Bankruptcy Rules and such notice was appropriate under the particular circumstances of this case in accordance with Section 102(1)(A) of the Bankruptcy Code and otherwise.

**BASED UPON ALL OF THE FOREGOING, IT IS HEREBY:**

ORDERED that the Plan, a copy of which is attached hereto as Exhibit "A," is hereby confirmed pursuant to Sections 1129(a) and 1129(b) of the Bankruptcy Code, subject to the terms and conditions of this Order; and it is further

ORDERED that all terms which are not defined in this Order shall have the definitions assigned to such terms in the Plan; and it is further

ORDERED that, except for the modifications to the Plan as set forth in this Order, all terms and provisions of the Plan and this Order are hereby approved and confirmed, and binding on the Debtor, the Debtor's estate, and any and all of the Debtor's creditors, equity security holders, and/or any other claim and/or interest holder, including, without limitation, the holder of any claim of a kind specified in 11 U.S.C. §§502 and 503 whether or not:  (a) a proof of claim based on such a debt is filed or deemed filed under 11 U.S.C. §501 or otherwise; (b) such claim is allowed under 11 U.S.C. §502 or otherwise; or (c) the holder of such claim has accepted the Plan; and it is further

3

ORDERED that, under the confirmed Plan, the allowed secured claim of KEB LA Financial Corp. ("KEB") in the amount of $906,570.09 shall accrue interest at the rate of 5% per annum from the Effective Date of the Plan, and the amount of each monthly installment payable under the Plan shall be $3,777.38. Total yearly payments will be $226,642.80, and the total amount of payments (over time) to satisfy the secured claim will be $1,133,212.89. Other than these changes, the terms set forth in the Plan remain unchanged; and it is further

ORDERED that, under the confirmed Plan, the Internal Revenue Service ("IRS") shall be allowed a priority unsecured claim in the amount of $433,024.92. With respect to $358,466.00 of the IRS's priority unsecured claim, the applicable rate of interest shall be 4% compounded daily from January 8, 2010 to July 15, 2010, and thereafter (*i.e.*, from July 16, 2010 until the claim is fully paid), the applicable rate of interest to be paid is 6% compounded daily. With respect to the remaining balance of the IRS's unsecured priority claim in the amount of $74,473.72, the applicable rate of interest to be paid is 4% compounded daily. The Reorganized Debtor shall have the right to prepay the claim at any time prior to maturity without penalty or fee; and it is further

ORDERED that, under the confirmed Plan, the California State Board of Equalization ("SBOE") shall be allowed a priority unsecured claim in the amount of $87,118.38, which shall accrue interest at the rate of 8% per annum from the Effective Date of the Plan. The allowed claim shall be repaid in 50 monthly installments, each in the sum of $2,055, with the first payment to be due and payable on the Effective Date of the Plan and all subsequent monthly payments to be due and payable by the end of the calendar month following the first payment month. The total amount of cash payments (over time) to satisfy the claim will be $102,750. The Reorganized Debtor shall have the right to prepay the claim at any time prior to maturity without penalty or fee; and it is further

4

ORDERED that, under the confirmed Plan, the Los Angeles County Treasurer and Tax Collector ("LA County") shall be allowed a priority unsecured claim in the amount of $300,187.49, which shall accrue interest at the rate of 8% per annum from the Effective Date of the Plan.  The allowed claim shall be repaid in 50 monthly installments, each in the sum of $7,080, with the first payment to be due and payable on the Effective Date of the Plan and all subsequent monthly payments to be due and payable by the end of the calendar month following the first payment month.  The total amount of cash payments (over time) to satisfy the claim will be $354,000.  The Reorganized Debtor shall have the right to prepay the claim at any time prior to maturity without penalty or fee; and it is further

ORDERED that, under the confirmed Plan, Class 5, Lexus Financial Services ("Lexus") shall not have any allowed secured claim with respect to the 2008 Lexus LS 600h L Sedan 4D (the "Repossessed Vehicle"), and any deficiency claim allowed in favor of Lexus with respect to the Repossessed Vehicle shall be an unsecured claim under the Plan and receive the treatment afforded under the Plan to Class 15 creditors; and it is further

ORDERED that the Effective Date of the Plan (the "Effective Date") will be the first business day which is at least eleven days following the date the Bankruptcy Court enters this Order confirming the Plan (the "Plan Confirmation Order"), unless there is a stay in effect, in which case the Effective Date shall be the first business day after the stay is no longer in effect with respect to the Plan Confirmation Order; and it is further

ORDERED that the Debtor shall be, and it is hereby, authorized and empowered to execute any and all documents and take such other actions or steps as may be necessary to implement and carry out the provisions of the Plan; and it is further

ORDERED that, all of the Debtor's unexpired leases and executory contracts that are listed on the Assumption List, a copy of which is attached hereto as Exhibit "B" shall be deemed

5

assumed by the Debtor as of the Effective Date of the Plan. All unexpired leases and executory contracts that are not identified on the Assumption List, and that have not been previously rejected by the Debtor, shall be deemed rejected as of the Effective Date; and it is further

ORDERED that the final amounts of all secured and priority unsecured claims and non-professional administrative claims allowed against the estate shall be as set forth in the Plan unless modified pursuant to this Order; and it is further

ORDERED that the amounts of all general unsecured claims set forth on the attached Exhibit "C" annexed hereto shall be deemed to be all of the final and allowed amounts of all unsecured claims in this case; and it is further

ORDERED, that any judgment at any time obtained in any other Court, to the extent that such judgment is a determination of the liability of the Debtor with respect to any debt that is discharged under the Plan is void; and it is further

ORDERED, that the commencement or continuation of any action, the employment of process, or any act to collect, recover, or offset any debts and/or claims against the Debtor and/or the Debtor's estate that is discharged under the Plan is hereby forever enjoined; and it is further

ORDERED, that all claims against or assertions of interest in the Debtor and/or the Debtor's estate not filed on or before the applicable bar date set by this Court, or not otherwise allowed in accordance with the Bankruptcy Code and Bankruptcy Rules, shall be forever barred whether such claims or interests arose before or after the Debtor's petition filing date, except those fees of professionals; and it is further

ORDERED that claim holders shall not receive any distribution from the Debtor or the Reorganized Debtor other than as specifically set forth in the Plan; and it is further

ORDERED, that upon the entry of this Order, all property of the Debtor's estate shall revest in the Reorganized Debtor; and it is further

ORDERED, that, except as provided in the Plan, the property of the Debtor revested in the Reorganized Debtor shall be free and clear of all claims and interests of creditors; and it is further

ORDERED, that, pursuant to 11 U.S.C. §1141(d)(1), but subject to 11 U.S.C. §1141(d)(6), the confirmation of the Plan shall discharge the Debtor from any debt that arose before the date of such confirmation and any debt of a kind specified in 11 U.S.C. §§502(g), 502(h) or 502(i); and it is further

ORDERED that, in the event the Reorganized Debtor defaults on its obligations to the IRS under the Plan, the IRS must provide the Reorganized Debtor and its counsel with a notice of such default by both U.S. first-class mail and facsimile ("Notice of Default") at the following addresses and facsimile numbers:

>Central Metal, Inc.
>Attn: Jong Uk Byun
>8201 Santa Fe Avenue
>Huntington Park, CA 90255
>Facsimile: (323) 234-9835
>
>Levene, Neale, Bender, Yoo & Brill L.L.P.
>Attn: Monica Y. Kim & Juliet Y. Oh
>10250 Constellation Blvd., Suite 1700
>Los Angeles, CA 90067
>Facsimile: (310) 229-1244

In the event the noticed default is not cured within thirty (30) days of the date the Notice of Default is both mailed and faxed, the entirety of the Debtor's liabilities to the IRS shall become immediately due and payable, and the IRS may collect any unpaid liabilities through the administrative collection provisions of the Internal Revenue Code; and it is further

ORDERED that once the Debtor's estate has been fully administered in accordance with Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtor shall file a motion to obtain a final decree closing the case. The Reorganized Debtor shall be responsible

for the timely payment of all fees incurred pursuant to 28 U.S.C. Section 1930(a)(6) until the entry of a final decree closing this case; and it is further

ORDERED that a post-confirmation status conference in this case shall be held on June 23, 2011 at 9:30 a.m.; and it is further

ORDERED that, if the Plan has been substantially consummated or it is otherwise appropriate, the Debtor shall file its motion for the entry of a final decree and/or order of discharge; and it is further

ORDERED that any conflict between the terms of this Order and the Plan shall be resolved in favor of this Order.

**"IT IS SO ORDERED."**

###

DATED: November 3, 2010

United States Bankruptcy Judge

| In re: CENTRAL METAL, INC. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-BK-10642-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 1, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A                                                ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 1, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**

| | |
|---|---|
| U.S. Trustee | Internal Revenue Service |
| Attn: Dare Law, Esq. | Cindy Park, Esq. |
| Ernst & Young Plaza | Special Assistant U.S. Attorney |
| 725 S. Figueroa Street, 26th Floor | 3018 Federal Building |
| Los Angeles, CA 90017 | 300 N. Los Angeles Street |
| | Los Angeles, CA 90012 |

Counsel for Committee
Scott Yun, Esq.
Christin Pajak, Esq./Rebecca Revich, Esq.
Stutman Treister & Glatt
1901 Ave Of The Stars 12th Floor
Los Angeles, CA 90067-6013

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 1, 2010 I** served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA ATTORNEY MESSENGER**
Hon. Vincent Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Ctrm 1368
Los Angeles, CA  90012                    ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 1, 2010 | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                **F 9013-3.1**

2

| In re: CENTRAL METAL, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-BK-10642-VZ |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION** was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 1, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
* Richard J Bauer     rbauer@mileslegal.com
* Martin J Brill     mjb@lnbrb.com
* Mike C Buckley     mbuckley@reedsmith.com
* Susan Chang     susan.chang@sba.gov
* John H Choi     johnchoi@kpcylaw.com
* Dennis A Dressler     ddressler@dresslerpeters.com
* Marshall F Goldberg     mgoldberg@glassgoldberg.com
* Jason E Goldstein     jgoldstein@buchalter.com, bkgroup@buchalter.com
* Joon M Khang     joon@khanglaw.com
* Monica Y Kim     myk@lnbrb.com
* Jiyoung Kym     jkym@yahoo.com
* Dare Law     dare.law@usdoj.gov
* Krikor J Meshefejian     kjm@lnbrb.com
* Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
* Cindy S Park     Cindy.Park@irscounsel.treas.gov
* Steven G Polard     spolard@perkinscoie.com
* Rebecca S Revich     rrevich@stutman.com
* Timothy J Silverman     tim@sgsslaw.com
* Ramesh Singh     claims@recoverycorp.com
* Richard A Solomon     richard@sgsslaw.com
* United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
* Scott H Yun     syun@stutman.com   ☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

3